UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANTIAGO E. CARTAGENA ) | CIVIL ACTION NO. |
| ) | 303CV99(JBA) |
| V. ) | |
| ) | |
| THAMES VALLEY WATER BOTTLING CO., INC. ) | |
| ) | JANUARY 30, 2004 |

### DEFENDANT'S SUPPLEMENTAL DISCLOSURE STATEMENT

The Defendant Thames Valley Water Bottling Co., Inc. hereby supplements its Disclosure Statement, in accordance with the Court's Standing Order Re: Disclosure Statement. The prior Statement filed by Defendant, dated June 23, 2003, reported that the Defendant was owned entirely by The City of Groton, a municipal corporation. The City of Groton has since sold Defendant to a privately held corporation, Crystal Rock Spring Water Company.

Dated: January 30, 2004

THE DEFENDANT

By _Richard J. Pascal_
Richard J. Pascal, for
O'Brien, Shafner, Stuart,
Kelly & Morris, PC
138 Main Street
Norwich, CT  06360
(860) 889-3855
Fax No. (860) 886-6352
ct03151

### CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid on this 30th day of January, 2004 to the following:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, PC
855 Main Street
Bridgeport, CT 06604

*Richard Pascal*
Richard J. Pascal, for
O'Brien, Shafner, Stuart,
Kelly & Morris, PC
138 Main Street
Norwich, CT  06360
(860) 889-3855
Fax No. (860) 886-6352
ct03151

F:\USERS\RJP\city.cart.supple.discl.wpd