UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARTEGENA :

v. :

: NO. 3:03cv998 (JBA)

THAMES VALLEY :

FILED
FEB 13  8 52 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## SUPPLEMENTAL SCHEDULING ORDER

At the status conference with counsel 2/14/04, the following schedule was ordered:

1. Defendant's Motion for Summary Judgment on § 1983 (no state action) will be filed by 4/1/04; opposition will be filed by 4/22/04; any reply will be filed by 5/6/04.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   February 11, 2004