UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Telephone: (203) 773-2350

March 3, 2004

3:00 P.M.

*Held 3:00 PM (3min)*
*3:05-3:08 PM*

CASE NO. **3:03CV998** (JGM) **Cartegena v. Thames Valley Water**

✓ Thomas W. Bucci                           Santiago E. Cartagena
   Willinger, Willinger & Bucci
   855 Main St., 5th Floor
   Bridgeport, CT 06604
   203-366-3939
   203-337-4588 (fax)
   thomasbucci@earthlink.net

✓ Richard J. Pascal                         Thames Valley Water
   O'Brien, Shafner, Stuart,                Bottling Co. Inc.
      Kelly & Morris, P.C.
   138 Main St.
   P.O. Box 310
   Norwich, CT 06360
   860-889-3855


                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK