IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                                       :
SANTIAGO E. CARTEGENA                                  :      3:03 CV 998 (JGM)
                                                       :
v.                                                     :
                                                       :
THAMES VALLEY WATER BOTTLING                           :
COMPANY                                                :      DATE: MARCH 3, 2004
-------------------------------------------------------x
```

MEMORANDUM OF STATUS CONFERENCE

Date of Conference:    March 3, 2004

Attorneys Present:     Thomas W. Bucci, Esq.
                       (For Plaintiff)(by telephone)

                       Richard J. Pascal, Esq.
                       (For Defendant)(by telephone)

DISCUSSIONS

Counsel agreed that all discovery has been completed, except for completion of plaintiff's deposition, which is presently scheduled for April 22, 2004. Counsel further agreed to the deadline set forth below.

ORDERS

1. By agreement of counsel, defendant's Motion for Summary Judgment regarding the Sixth Count shall be filed **on or before April 15, 2004**.

2. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 3rd day of March, 2004.

```
                              _____/s/_____
                              Joan Glazer Margolis
                              United States Magistrate Judge
```