UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| SANTIAGO E. CARTAGENA ) | CIVIL ACTION NO. |
| ) | 3:03 CV 99*(JGM) |
| V. ) | |
| ) | |
| THAMES VALLEY WATER BOTTLING CO., INC. ) | |
| ) | APRIL 5, 2004 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), THAMES VALLEY WATER BOTTLING COMPANY, INC., the Defendant in the above-captioned matter, hereby moves the Court for an extension of time to file its Motion for Summary Judgment as to the Sixth Count, which is presently due on April 15, 2004. The Defendant requests an extension of time to April 30, 2004.

The undersigned counsel for the Defendant represents that counsel for the Plaintiff has been consulted as to this request and has no objection to the extension being granted.

This is the second request for an extension of time with respect to this same matter (the Motion for Summary Judgment was originally due April 1, 2004). Both the prior request and this request are made because of the recent receipts of deposition transcripts that are needed in preparing the Motion.

LAW OFFICES • O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
P.O. BOX 310 • NORWICH, CONNECTICUT 06360 • 860-889-3855 • FAX: 860-886-6352 • JURIS NUMBER 412176

WHEREFORE, the Defendant moves that the time for filing of its Motion for Summary Judgment be extended to April 30, 2004.

Dated at Norwich, Connecticut this 5th day of April, 2004.

**THE DEFENDANT**

By _Richard J. Pascal_
Richard J. Pascal for O'Brien,
Shafner, Stuart, Kelly & Morris, P. C.
138 Main Street
P. O. Box 310
Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 886-6352
Federal Bar No. ct 03151

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, on this 5th day of April, 2004, to the following:

Thomas W. Bucci, Esq.
Wilinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

By _Richard J. Pascal_
Richard J. Pascal for O'Brien,
Shafner, Stuart, Kelly & Morris, P. C.
138 Main Street
P. O. Box 310
Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 886-6352
Federal Bar No. ct 03151

BJR\RJP\ThamesValleyWaterBottlingCo., Inc.\MotionExtensionTime