UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| SANTIAGO E. CARTAGENA ) | CIVIL ACTION NO. |
| Plaintiff ) | 3:03 CV 998 (JGM) |
| vs. ) | |
| THAMES VALLEY WATER BOTTLING ) COMPANY, INC. ) | |
| Defendant ) | APRIL 29, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56, Defendant Thames Valley Water Bottling Company, Inc. (hereafter the "Company") hereby moves the Court for summary judgment in its favor as to Plaintiff's Sixth Cause of Action, which alleges a violation of 42 U.S.C. Section 1983.

For Plaintiff to have a colorable claim under that Statute, the Company would have to be a state actor; however, it is a private company, and the actions complained of by Plaintiff were the actions of private sector employees. There are no genuine issues of material fact as to these issues, and the Company is entitled to judgment as a matter of law. In support hereof, the

**ORAL ARGUMENT REQUESTED**

Company relies upon its supporting Memorandum of Law, the Affidavit of Dennis Popp, and Local Rule 56(a)(1) Statement filed herewith.

WHEREFORE, the Company requests that this Court grant its Motion for Summary Judgment and enter judgment in its favor as to the Sixth Cause of Action.

THAMES VALLEY WATER BOTTLING
COMPANY, INC., Defendant

By *Richard J. Pascal*
Richard J. Pascal
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
138 Main Street, Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 886-6352
Fed. Bar #ct03151
Its Attorney
Email: osskmrjp@snet.net

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, by first-class mail, postage prepaid, on this 29th day of April, 2004, to the following:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

*Richard J Pascal*
Richard J. Pascal
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
138 Main Street, Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 886-6352
Fed. Bar #ct03151
Its Attorney
Email: osskmrjp@snet.net

MER\Litigation\CityGroton\CartagenaMotionSummaryJudgment