UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| SANTIAGO E. CARTAGENA | CIVIL ACTION NO. |
| Plaintiff | 3:03 CV 998 (JGM) |
| vs. | |
| THAMES VALLEY WATER BOTTLING COMPANY, INC. | |
| Defendant | |

**EXHIBIT C**



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| SANTIAGO E. CARTAGENA, | | |
|     Plaintiff(s) | X | Civil Action No. |
|     -vs- | X | 3:03CV998(JBA) |
| THAMES VALLEY WATER BOTTLING COMPANY, INC., d/b/a MANITOCK SPRINGS, | X | FEBRUARY 25, 2004 |
|     Defendant(s) | | |

---

DEPOSITION OF SEAN MAZZARELLA

Pretrial deposition taken in the above-entitled action on behalf of the plaintiff(s), before Jean Carreiro, a Notary Public and Shorthand Reporter, Lic. #170, pursuant to the Federal Rules of Civil Procedure, at the Law Offices of Willinger, Willinger & Bucci, P.C., 855 Main Street, Bridgeport, Connecticut.

                    MAZZARELLA - DIRECT - BUCCI

1
2     Q    How did that employment come about?
3     A    Years prior I worked for another water
4  company, and we used to buy water from Manitock
5  Springs Water Company. And I remember traveling to
6  Manitock Springs Water Company from this other
7  company. And I remembered the business there and
8  Michael Cavanagh. And I saw some trucks driving
9  around my neighborhood one day, and I decided to give
10 Michael a call just to see how business was going.
11 And that's how I became affiliated with Thames Valley
12 Water Bottling Company.
13    Q    You had previously known Michael Cavanagh?
14    A    Yes, sir.
15    Q    And what position did Michael Cavanagh have
16 with Thames Valley?
17    A    He was the general manager.
18    Q    You mentioned another company, Mattituck?
19    A    Manitock.
20    Q    Manitock?
21    A    Yes.
22    Q    Could you tell me the relationship of
23 Manitock Water Company with Thames Valley?
24    A    When I originally had met Mike Cavanagh, I
25 do not believe that Manitock Springs Water was Thames

MAZZARELLA - DIRECT - BUCCI

Valley Water Bottling Company.  I think it was independent back then.

Q  Okay.  And what position did he have with Manitock, general manager?

A  Yes.  He was the manager, general manager.

Q  So, at some point in time Manitock became Thames Valley?

A  That was my understanding.

Q  And Mike Cavanagh was there both before and after?

A  Yes.

Q  So, what made you seek out Mike Cavanagh at Thames Valley?

A  Again, I saw the local trucks in my local town and it just sparked an interest to see what's going on down there.  And I just called him on the phone.

Q  Were you looking for employment at the time?

A  I was -- I was not desperate for a job, but I was just curious as to what, you know, their trucks are doing up in northeastern Connecticut and how business was doing.  And basically he nearly offered me a job on a phone call.

Q  Do you recall what you were doing at the

1        MAZZARELLA - DIRECT - BUCCI
2   Cavanagh left the company. You stayed on for another
3   month or two?
4       A    I believe so, if the dates are correct.
5       Q    Just generally?
6       A    Yeah, in general, I was there after Mike
7   left.
8       Q    After Mike left. And you and Grace Perkins
9   were basically running the company?
10      A    Yes.
11      Q    Prior to that time would you say that Mike
12  Cavanagh, as general manager, directed the operation
13  of the company?
14      A    It's my experience that Mike Cavanagh and
15  Grace Perkins directed nearly every part of the
16  company with the exception of any major issues, which
17  would have came down from David Collard.
18      Q    And who's David Collard?
19      A    I believe he's the comptroller or some sort
20  of title like that with the City of Groton.
21      Q    With regard to the operations of Thames
22  Valley, for instance, the employment of individuals,
23  the positions at Thames Valley, was Mike Cavanagh the
24  authorized individual to make those decisions?
25      A    Yes. Mike Cavanagh made all of the major

MAZZARELLA - DIRECT - BUCCI

decisions. And they passed down through me, if that's the correct way of saying that.

Q    So, Sean, you didn't have any independent authority to, for instance, terminate employment of individuals?

A    I did have authority to do so, but under the -- how do I want to say -- under the direction or --

Q    Supervision?

A    -- commanding under the situation. Whatever the situation was, I could say, "Yes, you're fired," but I could not do that by myself. I would have to make sure it was correct with Mike Cavanagh and Grace Perkins. In other words, I could not just say any day of the week any time, "You're fired." I could not do that.

Q    What was your working relationship with Mike Cavanagh?

A    It was a good relationship. We didn't have any problems, but it was a very strange relationship as that we were both working different jobs in the company, and we were working incredibly hard. Being the general manager of that company, Mike Cavanagh was actually out on trucks delivering bottles of

MAZZARELLA - DIRECT - BUCCI

water and I was inside running a machine. If that's the two top managers of the company, that's the way the relationship basically worked.

    Q    Did you ever discuss with Mr. Cavanagh --

    A    Yes, many times, discussed and complained. I'm sorry. Discussed and complained we need more help.

    Q    And what was his response?

    A    They put ads in the paper. It was a very slow process, interviewing many people. At that point in time I think Mike Cavanagh had to get permission himself to hire and fire people through David Collard and the City. So, things couldn't happen very quickly. They also had us bring in temporary workers, agencies, temp agencies to fulfill orders of water bottling when it was very busy in the summer.

    Q    Would it be fair to say that you were disenchanted with the operation of Thames Valley?

    A    I wasn't disenchanted as in I saw it as a career move getting into management. I was disappointed that it didn't turn out to what it was going to be. I have no problem working as a manager and working hard and so on and so forth, but I had it

1                MAZZARELLA - DIRECT - BUCCI
2  very easy at Pepsi.  I had it very, very easy.
3  Company vehicle, I didn't work a lot of hard hours,
4  didn't travel much.  And when I went and took this
5  position -- it was nothing against anybody, but I was
6  just disappointed.  Wrong career move.
7       Q    How did you envision the management position
8  when you left Pepsi for Thames Valley?
9       A    I imagined it as more of overseeing drivers'
10 routes, distribution, sales, things that I was
11 accustomed with at Pepsi-Cola.  I thought it was
12 going to be very similar to what I was doing.
13      Q    Santiago Cartagena, he started working for
14 Thames Valley I believe in August of 2000.  So, he
15 was there before --
16      A    Yes, sir.
17      Q    -- you started working there?
18      A    Yes, sir.
19      Q    And when you came to work there,
20 Mr. Cartagena had a position at Thames Valley.  Do
21 you recall what position he held?
22      A    He was a delivery driver delivering bottles
23 of water, but he was not actually an assigned route
24 driver.  In other words, he was a fill-in driver.  He
25 took overflow, he took people who had days off,

```
 1                MAZZARELLA - DIRECT - BUCCI
 2   vacations, etc.
 3        Q    And by the time you got there in August or
 4   whenever --
 5        A    April.
 6        Q    -- 2001, April, did Mr. Cartagena have his
 7   CDL license?
 8        A    Yes, yes.  I believe he got it a few months
 9   before I got there.  He had obtained his license.
10        Q    So, he was qualified to drive a truck?
11        A    Yes, sir.
12        Q    And you said he was a fill-in driver?
13        A    Yes.
14        Q    Now, after you came in April, do you recall
15   whether there were any individuals hired after April
16   to regular routes, to drive regular routes for Thames
17   Valley?
18        A    I'm not exactly sure.  There may have been
19   one or two.  There may have been one.  I'm not sure.
20   I would need to look back on the records when I was
21   there.  During that whole process of the spring and
22   summer season it seemed like there were many bodies
23   in and out of there.
24        Q    All right.
25        A    But there may have been one.
```

1           MAZZARELLA - DIRECT - BUCCI
2       Q    Let me give you the names of some
3   individuals. A Richard Wilson, does that ring a bell
4   with you?
5       A    Yes. Richard Wilson was a driver.
6       Q    Robert Fryer?
7       A    Yes, I remember Robert Fryer.
8       Q    And C-h-o-t-i, Todd Choti?
9       A    Yes.
10      Q    Was he driver also?
11      A    Yes, yes.
12      Q    And do you recall whether these three
13  drivers were employed after you came to Thames
14  Valley?
15      A    If they were employed --
16      Q    If their first employment with Thames Valley
17  occurred after you were employed at Thames Valley.
18      A    Yes. While I was there, yes, yes.
19      Q    Right. And they were hired to full routes,
20  if you know?
21      A    I believe that they were actually hired as
22  fill-ins and trainees. And again, I would have to
23  look back on the exact records. At that point those
24  three drivers were bouncing from route to route, I
25  believe.

Case 3:03-cv-00998-JGM    Document 17-3    Filed 04/30/2004    Page 11 of 18

26

```
 1              MAZZARELLA - DIRECT - BUCCI
 2      Q    While you were employed there, after serving
 3 as fill-ins and trainees did they get full routes?
 4      A    I believe Rob Fryer and Richard Wilson -- I
 5 think that they did.  And I think Todd Choti was
 6 still on a fill-in type of thing.  He was filling in,
 7 I believe.
 8      Q    And that's to the best of your recollection?
 9      A    At this point that's the best I can
10 remember.
11      Q    That's all I could ask you to testify to.
12      A    If I looked at some records I could probably
13 clarify it a little better.
14              (Plaintiff(s) Exhibit 1 for ID:
15         Employee Warning Notice, dated 7/13/01.)
16      Q    We're going to have you look at a document
17 that's been marked as an exhibit for this
18 deposition.  It's listed as Exhibit 1.  Are you
19 familiar at all with this document?
20      A    I'm familiar -- it is my handwriting, so I
21 believe it's one of the notices I've given Santiago,
22 yes.
23      Q    And the signature at the bottom of the page,
24 that's your signature?
25      A    Yes, sir.
```

| | |
|---|---|
| 1 | MAZZARELLA - DIRECT - BUCCI |
| 2 | where there was a lot of bottles to be sold on that |
| 3 | route. In other words, he wasn't getting a good |
| 4 | route for that day. So, he would argue over that. |
| 5 | And this -- |
| 6 | I'd just like to add, this "Description of |
| 7 | Violation," Grace Perkins and Mike Cavanagh had told |
| 8 | me to write this. |
| 9 | Q  Oh, okay. So, you didn't independently |
| 10 | prepare this? |
| 11 | A  No, I did not. We received a phone call |
| 12 | from Mike Cavanagh, and Grace Perkins contacted me in |
| 13 | the plant. And they called me up in the office and |
| 14 | said, "Immediately write out this warning because he |
| 15 | was seen at the unemployment office in New London |
| 16 | while he was supposed to be on the sub base coming |
| 17 | from Madison." So, I immediately took this and |
| 18 | wrote -- and those last two lines which are indicated |
| 19 | here, those comments that I wrote were almost exact |
| 20 | to what Mike Cavanagh had dictated to me over the |
| 21 | phone. He would say, "Write on the violation he's |
| 22 | always tardy, he's always arguing with the supervisor |
| 23 | over his work and his truck." It sounds a little bit |
| 24 | funny. I was dictated from Mike Cavanagh and I was |
| 25 | just trying to write out that paragraph. |

Case 3:03-cv-00998-JGM    Document 17-3    Filed 04/30/2004    Page 13 of 18

MAZZARELLA - DIRECT - BUCCI

    Q    And so Mike Cavanagh basically told you to write him up for each of these violations?

    A    Yes, sir. And Grace Perkins.

    Q    And Grace Perkins. And in the past you would discuss these matters with Cartagena orally?

    A    Meaning warnings and things?

    Q    Yes.

    A    I would warn him and talk with him on a daily basis, basically plead with him -- he and other people, too. It's summertime. These guys are working really hard and it's hot. "Try to get your day's work done and try to get back because the people who are running the machinery are waiting for these trucks to come back."

    It's such a small operation that a truck would come back off of route, we would literally take the racks off the truck, put the racks on the machine, fill up the bottles, and send them back out. It was absolutely important -- so the place wasn't operating until 9:00 at night every night -- to get these guys in, get the trucks done right away, and get them right back out.

    So, I would be, you know, pleading with him, "Try to get back early, try to get back, try to get

```
 1                   MAZZARELLA - DIRECT - BUCCI
 2   Mr. Mazzarella.  Are you familiar with this document?
 3        A    Yes, yes.
 4        Q    And that is your signature --
 5        A    Underneath.
 6        Q    -- under "Mike P. Cavanagh"?
 7        A    Yes.
 8        Q    Could you tell me whether this was written
 9   up in the same way as the first, that it was dictated
10   to you?
11        A    Mike Cavanagh actually made this out.  This
12   is not my --
13        Q    Okay.
14        A    I did not make this out.
15        Q    So, you just signed?
16        A    Mike made me sign the bottom of it to be a
17   witness.
18        Q    So, you're just acting as a witness there?
19        A    Yes.
20        Q    Are you familiar with the incident that's
21   stated in there?
22        A    Yes.  As far as I can remember, I believe it
23   was Grace Perkins who had told me a customer had
24   called, a closeby customer that lived just a few
25   streets down from the plant, and saw Sam speeding and
```

                                                                37
MAZZARELLA - DIRECT - BUCCI

telephone by Mike Cavanagh.

Q    All right.  Do you know while you were employed with the company during that period of time whether Cartagena was ever suspended from work?

A    I believe that Mike Cavanagh had told me to call Sam and tell him to stay home for a three-day suspension.  And I may be not exact on those days, two days, three days, whatever it may be, but there was a point where Mike had told me to call him at home on his day off and tell him that he was going to be suspended.

Q    And do you recall why he wanted him suspended?

A    I don't know.  It may have had to do with these multiple warnings and situations that had been going on.

Q    And do you know whether you suspended Cartagena?

A    I do remember calling him on the phone and telling him -- I don't know the exact -- to stay home for a day or two or something like that.  I would have to see the exact records.

Q    If I tell you that there is nothing in the personnel file that's been supplied to Cartagena by

Case 3:03-cv-00998-JGM    Document 17-3    Filed 04/30/2004    Page 16 of 18

40

```
 1                    MAZZARELLA - DIRECT - BUCCI
 2    get extra sales.
 3         Q    Did Thames Valley have a sales force?
 4         A    They did have a couple of salesmen in and
 5    out, I believe, and myself.
 6         Q    Okay.
 7         A    That was one of my other duties.
 8         Q    Again, you may have testified to this.  Who
 9    was responsible for the day-to-day operations of
10    Thames Valley?
11         A    Ultimately who was responsible for the
12    day-to-day operations of Thames Valley would be Grace
13    Perkins and Mike Cavanagh.  And I was at the ground
14    level being called an operations manager, but as I've
15    stated before, I really didn't have any independent
16    permission to do any major changes or operations.
17    That is make sure the drivers are leaving with their
18    product and coming back, make sure the machines are
19    running and people are in the factory.  That was the
20    extent of my power, capacity.
21         Q    What was Grace Perkins' title?
22         A    I believe she was office manager.
23         Q    Office manager?
24         A    Office manager.
25         Q    And in a chain of command type of situation,
```

42

MAZZARELLA - DIRECT - BUCCI

So, I kind of assumed, you know, that if it didn't work out, they could just let me go if they wanted to.

Q    So, he didn't talk to you about any security, job security?

A    Well, we had spoken about, you know, moving up as a manager. And actually, even though I was hired as an operations manager, I was more of a trainee. I didn't have any management experience. So, I was more or less being trained.

Q    And did you obtain training in the management position?

A    The City of Groton put on several seminars at City Hall, management training seminars, that we were assigned to. So, yes, I did receive some training.

Q    And you were allowed to attend those City of Groton seminars?

A    Yes. They were mandatory.

Q    And they were conducted by the City of Groton?

A    The City of Groton would hire outside contractors to come in and train most of the city managers.

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, by first-class mail, postage prepaid, on this 29th day of April, 2004, to the following:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

*Richard J. Pascal*
Richard J. Pascal
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
138 Main Street, Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 886-6352
Fed. Bar #ct03151
Its Attorney
Email: osskmrjp@snet.net

MER\Litigation\CityGroton\CartagenaMotionSummaryJudgmentMemoLaw