UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| SANTIAGO E. CARTAGENA | CIVIL ACTION NO. |
| Plaintiff | 3:03 CV 998 (JGM) |
| vs. | |
| THAMES VALLEY WATER BOTTLING COMPANY, INC. | |
| Defendant | APRIL 29, 2004 |

## LOCAL RULE 56(a)1 STATEMENT

The Defendant, THAMES VALLEY WATER BOTTLING COMPANY, INC. (hereafter the "Company"), submits this Local Rule 56(a)1 Statement in support of its Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56 of the Sixth Cause of Action.

1.  The Manitock Spring Water Company, Incorporated was a privately owned corporation in the business of selling bottled water from its plant in Waterford, Connecticut.

    Source: Exhibit A, Affidavit of Dennis Popp, April 26, 2004, Para. 4.

2. Groton Acquisitions, Inc., was a privately owned corporation formed by the City of Groton and Groton Utilities in April, 2000.

   Source: Exhibit A, Affidavit of Dennis Popp, April 26, 2004, Para. 3.

3. Groton Acquisitions, Inc., purchased The Manitock Spring Water Company, including the plant in Waterford, Connecticut, in April, 2000, and thereafter continued selling bottled water from the plant in Waterford, Connecticut.

   Source: Exhibit A, Affidavit of Dennis Popp, April 26, 2004, Para. 5.

4. On or about June, 2000, Groton Acquisitions, Inc., changed its name to Thames Valley Water Bottling Company, and continued the business of selling bottled water from the plant in Waterford, Connecticut, doing business as Manitock Spring Water Company.

   Source: Exhibit A, Affidavit of Dennis Popp, April 26, 2004, Para. 6.

5. No City of Groton monies were used in the operation of Groton Acquisitions, Inc. or Thames Valley Water Bottling Company; no monies from Groton Acquisitions, Inc. or Thames Valley Water Bottling Company were distributed or paid to the City of Groton.

   Source: Exhibit A, Affidavit of Dennis Popp, April 26, 2004, Para. 7

2

6. Michael Cavanagh was general manager of The Manitock Spring Water Company prior to its purchase by Groton Acquisitions, Inc.

   Source: Exhibit A, Affidavit of Dennis Popp, April 26, 2004, Para. 11.; Exhibit C, Transcript of Deposition of Sean Mazzarella, February 25, 2004, P. 15, lines 6-12.

7. Michael Cavanagh was the general manager of Thames Valley Water Bottling Company.

   Source: Exhibit A, Affidavit of Dennis Popp, April 26, 2004, Para. 11; Exhibit B, Transcript of Deposition of Santiago E. Cartagena, February 26, 2004, P. 33, line 21; Exhibit C, Transcript of Deposition of Sean Mazzarella, February 25, 2004, P. 20, lines 14-15.

8. Michael Cavanagh hired Sean Mazzarella as operations manager of Thames Valley Water Bottling Company.

   Source: Exhibit A, Affidavit of Dennis Popp, April 26, 2004, Para. 11; Exhibit C, Transcript of Deposition of Sean Mazzarella, February 25, 2004, P. 16, line 7.

9. Michael Cavanagh offered the Plaintiff employment with Thames Valley Water Bottling Company.

   Source: Exhibit A, Affidavit of Dennis Popp, April 26, 2004, Para. 14; Exhibit B,

3

Transcript of Deposition of Santiago E. Cartagena, February 26, 2004, P. 24, lines 23-25; P. 30, line 24.

10. Michael Cavanagh was the person to whom the Plaintiff reported on his first day of employment with Thames Valley Water Bottling Company.

<u>Source</u>: Exhibit B, Transcript of Deposition of Santiago E. Cartagena, February 26, 2004, P. 33, line 21.

11. Michael Cavanagh was the person who was making the decisions affecting the Plaintiff's employment with Thames Valley Water Bottling Company.

<u>Source</u>: Exhibit B, Transcript of Deposition of Santiago E. Cartagena, February 26, 2004, P. 56, lines 9-11; Exhibit C, Transcript of Deposition of Sean Mazzarella, February 25, 2004, P. 20, line 25-P. 26, line 1.

12. Michael Cavanagh was the person who determined the Plaintiff's delivery routes.

<u>Source</u>: Exhibit B, Transcript of Deposition of Santiago E. Cartagena, February 26, 2004, P. 91, lines 4-5.

13. Sean Mazzarella gave the Plaintiff his daily driving assignments.

<u>Source</u>: Exhibit B, Transcript of Deposition of Santiago E. Cartagena, February 26, 2004, P. 85, line 13.

4

14. Michael Cavanagh was the person who directed the Plaintiff's immediate supervisor, operations manager Sean Mazzarella, how to treat Plaintiff.

    <u>Source</u>: Exhibit B, Transcript of Deposition of Santiago E. Cartagena, February 26, 2004, P. 105, line 5.

15. Sean Mazzarella took his orders from Michael Cavanagh.

    <u>Source</u>: Exhibit B, Transcript of Deposition of Santiago E. Cartagena, February 26, 2004, P. 97, lines 10-11; Exhibit C, Transcript of Deposition of Sean Mazzarella, February 25, 2004, P. 21, lines 13-14.

16. Michael Cavanagh was the person who directed Sean Mazzarella to terminate Plaintiff's employment with Thames Valley Water Bottling Company.

    <u>Source</u>: Exhibit B, Transcript of Deposition of Santiago E. Cartagena, February 26, 2004, P. 131, lines 1-3; Exhibit C, Transcript of Deposition of Sean Mazzarella, February 25, 2004, P. 49, line 24.

17. Thames Valley Water Bottling Company issued the Plaintiff's pay checks.

    <u>Source</u>: Exhibit A, Affidavit of Dennis Popp, April 26, 2004, Para. 9; Exhibit B, Transcript of Deposition of Santiago E. Cartagena, February 26, 2004, P. 38, lines 13-14.

5

18. Grace Perkins was the person who signed the checks issued by Thames Valley Water Bottling Company.

    Source: Exhibit B, Transcript of Deposition of Santiago E. Cartagena, February 26, 2004, P. 77, lines 14-19.

19. Grace Perkins was business manager of The Manitock Spring Water Company prior to its purchase by Groton Acquisitions, Inc. and continued in that position in Thames Valley Water Bottling Company.

    Source: Exhibit A, Affidavit of Dennis Popp, April 26, 2004, Para. 11.

20. Grace Perkins was the person who backed up Michael Cavanagh's decisions.

    Source: Exhibit B, Transcript of Deposition of Santiago E. Cartagena, February 26, 2004, P. 105, line 11.

> THAMES VALLEY WATER BOTTLING
> COMPANY, INC., Defendant
>
> By *Richard J. Pascal*
> Richard J. Pascal
> O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
> 138 Main Street, Norwich, CT 06360
> Phone: (860) 889-3855
> Fax: (860) 886-6352
> Fed. Bar #ct03151
> Its Attorney
> Email: osskmrjp@snet.net

6

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, by first-class mail, postage prepaid, on this 29th day of April, 2004, to the following:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

*Richard J Pascal*
Richard J. Pascal
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
138 Main Street, Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 886-6352
Fed. Bar #ct03151
Its Attorney
Email: osskmrjp@snet.net

MER\Litigation\CityGroton\CartagenaMotionSummaryJudgmentStatementUndisputedFacts

7