## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

| | | |
|---|---|---|
| **SANTIAGO E. CARTAGENA** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **Plaintiff** | ) | **3:03 CV 998 (JGM)** |
| | ) | |
| vs. | ) | |
| | ) | |
| **THAMES VALLEY WATER BOTTLING** | ) | |
| **COMPANY, INC.** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

STATE OF CONNECTICUT    )
                              ) ss: Norwich, April 29, 2004
COUNTY OF NEW LONDON   )

I, RICHARD J. PASCAL, being duly sworn, depose and say that:

1.     I am above the age of eighteen (18) years and understand and believe in the obligations of an oath.

2.     I am the attorney representing the Defendant Thames Valley Water Bottling Company in the above-captioned matter, and as such, I am thoroughly familiar with, and have personal knowledge of, all aspects of this case.

3.     The pages attached as Exhibit B to Memorandum of Law in Support of Defendant's Motion for Summary Judgment dated April 29, 2004 are true copies of pages from the Transcript of the Deposition of Santiago E. Cartagena, February 26, 2004.

LAW OFFICES • O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
P.O. BOX 310 • NORWICH, CONNECTICUT 06360 • 860-889-3855 • FAX: 860-886-6352 • JURIS NUMBER 412176

4.    The pages attached as Exhibit C to Memorandum of Law in Support of Defendant's Motion for Summary Judgment dated April 29, 2004 are true copies of pages from the Transcript of the Deposition of Sean Mazzarella, February 25, 2004.


_____
Richard J. Pascal
Fed. Bar #ct03151

Subscribed and sworn to before me this 29th day of April, 2004.


_____
Carla D. Lee
Notary Public
My commission expires:   9/30/07


2


LAW OFFICES • O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
P.O. BOX 310 • NORWICH, CONNECTICUT 06360 • 860-889-3855 • FAX: 860-886-6352 • JURIS NUMBER 412176

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, by first-class mail, postage prepaid, on this 29th day of April, 2004, to the following:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604


_Richard J. Pascal_

Richard J. Pascal
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
138 Main Street, Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 886-6352
Fed. Bar #ct03151
Its Attorney
Email: osskmrjp@snet.net

Mer\Litigation\CityGroton\RJPAffidavitReTranscripts

3