# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANTIAGO E. CARTAGENA,<br>Plaintiff, | : CIVIL CASE NO. 3:03cv998(JGM) |
| VS. | : |
| THAMES VALLEY WATER<br>BOTTLING CO., INC. D/B/A<br>MANITOCK SPRINGS<br>Defendant. | :<br>:<br>:<br>: MAY 18, 2004 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff respectfully moves that the court extend the time for the filing of the plaintiff's papers in opposition to the defendant's motion for summary judgment through June 26, 2004. Counsel for the plaintiff represents that he has been involved in various depositions during the preceding 21 days, nine in all, not allowing him sufficient time to address the issues raised by the defendant in its motion for summary judgment. Counsel for plaintiff further represents that he has had to spend considerable preparing memorandums in two other matters within the preceding thirty days.

Wherefore, the plaintiff requests that the court extend the time within which to file his opposition to the defendants' motion for summary judgment to June 26, 2004.

The plaintiff's counsel has consulted with defendant's counsel and he does not object to the Court's granting the motion for a continuance.

The plaintiff has not filed any prior motions for an extension of time in this matter.

THE PLAINTIFF – SANTIAGO CARTAGENA

BY _____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: thomasbucci@earthlink.net

## CERTIFICATION

I hereby certify that a copy of the foregoing *Plaintiff's Motion for an Extension of Time* has been sent, by First Class Mail, postage prepaid, on this 18th day of May, 2004, to:

Richard J. Pascal, Esquire
O'BRIEN SHAFNER, STUART, KELLY
 & MORRIS, P.C.
138 Main Street
P.O. Box 310
Norwich, CT 06360
Tel: (860) 889-3855
Fax: (860) 886-6352
Fed. Bar # ct03151

                                      Thomas W. Bucci
                                      Willinger, Willinger & Bucci, P.C.