

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANTIAGO E. CARTAGENA,          :     CIVIL CASE NO. 3:03cv998(JGM)
    Plaintiff,                  :
                                :
VS.                             :
                                :
THAMES VALLEY WATER             :
BOTTLING CO., INC. D/B/A        :
MANITOCK SPRINGS                :
    Defendant.                  :     MAY 18, 2004

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    The plaintiff respectfully moves that the court extend the time for the filing of the plaintiff's papers in opposition to the defendant's motion for summary judgment through June 26, 2004. Counsel for the plaintiff represents that he has been involved in various depositions during the preceding 21 days, nine in all, not allowing him sufficient time to address the issues raised by the defendant in its motion for summary judgment. Counsel for plaintiff further represents that he has had to spend considerable preparing memorandums in two other matters within the preceding thirty days.

    Wherefore, the plaintiff requests that the court extend the time within which to file his opposition to the defendants' motion for summary judgment to June 26, 2004.