UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| SANTIAGO E. CARTAGENA | ) CIVIL ACTION NO.<br>) 3:03 CV 99*(JGM)<br>) |
| V. | ) |
| THAMES VALLEY WATER BOTTLING CO., INC. | )<br>) JULY 1, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) and (d), THAMES VALLEY WATER BOTTLING COMPANY, INC., the Defendant in the above-captioned matter, hereby moves the Court for an extension of time to file its Reply Memorandum to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, which is presently due on July 8, 2004. The Defendant requests an extension of time to July 30, 2004.

The undersigned counsel for the Defendant represents that counsel for the Plaintiff has been consulted as to this request and has no objection to the extension being granted.

This is the first request for an extension of time with respect to the Reply Memorandum. This request is made because of the need for further investigation as to the factual allegations made by the Plaintiff and the heavy demands in the schedule of the undersigned counsel for the Defendant in the next weeks.

WHEREFORE, the Defendant moves that the time for filing of its Reply Memorandum to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment be extended to July 30, 2004.

Dated at Norwich, Connecticut this 1st day of July, 2004.

THE DEFENDANT

By *Richard Pascal*
Richard J. Pascal for O'Brien,
Shafner, Stuart, Kelly & Morris, P. C.
138 Main Street
P. O. Box 310
Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 886-6352
Federal Bar No. ct03151

### CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, on this 1st day of July, 2004, to the following:

Thomas W. Bucci, Esq.
Wilinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

By _____
Richard J. Pascal for O'Brien,
Shafner, Stuart, Kelly & Morris, P. C.
138 Main Street
P. O. Box 310
Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 886-6352
Federal Bar No. ct03151

MER\Forms\Federal\MotionExtensionTime