FILED

Jul 27  2 49 PM '04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

| | | |
|---|---|---|
| SANTIAGO E. CARTAGENA | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff | ) | 3:03 CV 998 (JGM) |
| | ) | |
| vs. | ) | |
| | ) | |
| THAMES VALLEY WATER BOTTLING COMPANY, INC. | ) | JULY 26, 2004 |
| | ) | |
| Defendant | ) | |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the Appearance of Meredith E. Russell, of O'Brien, Shafner, Stuart, Kelly & Morris, 138 Main Street, P. O. Box 310, Norwich, Connecticut 06360, as counsel for the Defendant, Thames Valley Water Bottling Company, Inc.

Dated at Norwich, Connecticut this 26th day of July, 2004.

                                                THAMES VALLEY WATER BOTTLING
                                                COMPANY, INC., Defendant

                                                By *[signature]*
                                                Meredith E. Russell, for O'Brien, Shafner,
                                                Stuart, Kelly & Morris, P. C.
                                                138 Main Street
                                                P.O. Box 310
                                                Norwich, CT 06360
                                                Phone: (860) 889-3855
                                                Fax: (860) 889-6244
                                                Email: <u>osskmmer@snet.net</u>
                                                Fed. Bar No. ct04985

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid on this 26th day of July, 2004, to the following:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604
Counsel for Santiago Cartagena.

_____
Meredith E. Russell

MER\Litigation\CityGroton\AppearanceDistrictCourt

LAW OFFICES • O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
P.O. BOX 310 • NORWICH, CONNECTICUT 06360 • 860-889-3855 • FAX: 860-886-6352 • JURIS NUMBER 412176