FILED

Jul 27  2 49 PM '04

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| SANTIAGO E. CARTAGENA | )     CIVIL ACTION NO. |
|     Plaintiff | ) |
| | ) |
| | )     3:03 CV 998 (JGM) |
| vs. | ) |
| | ) |
| THAMES VALLEY WATER BOTTLING | ) |
| COMPANY, INC. | ) |
| | ) |
|     Defendant | ) |
| | )     JULY 26, 2004 |

### MOTION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT

Pursuant to L. Civ. R. 83.6(a), Defendant Thames Valley Water Bottling Company, Inc.

(hereafter the "Company") hereby moves to withdraw its Motion for Summary Judgment as to

Plaintiff's Sixth Cause of Action, dated April 29, 2004. The Company makes this motion after

further evaluation of the facts and the law in this case.

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

WHEREFORE, the Company requests that this Court grant its Motion to Withdraw its

Motion for Summary Judgment as to the Sixth Cause of Action, dated April 29, 2004.

**THAMES VALLEY WATER BOTTLING
COMPANY, INC., Defendant**


By /s/ Meredith E. Russell
**Meredith E. Russell, for O'Brien, Shafner,
Stuart, Kelly & Morris, P.C.
138 Main Street
Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 889-6244
Email: osskmmer@snet.net
Fed. Bar #ct04985
Its Attorney**

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, by first-class mail, postage prepaid, on this 26th day of July, 2004, to the following:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

**Meredith E. Russell**
**O'Brien, Shafner, Stuart, Kelly & Morris, P.C.**
**38 Main Street, Norwich, CT 06360**
**Phone: (860) 889-3855**
**Fax: (860) 889-6244**
**Email: osskmmer@snet.net**
**Fed. Bar #ct04985**
**Its Attorney**

MER\Litigation\CityGroton\MotionWithdrawMotionSummaryJudgment