FILED

SEP 27  1     '04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| _____ ) | **CIVIL ACTION NO.** |
| **SANTIAGO E. CARTAGENA**  ) | **3:03 CV 998 (JGM)** |
|  ) |  |
| **vs.**  ) |  |
|  ) |  |
| **THAMES VALLEY WATER BOTTLING**  ) | **SEPTEMBER 24, 2004** |
| **CO., INC.**  ) |  |
| _____ ) |  |

### MOTION FOR ORDER COMPELLING RESPONSES TO DISCOVERY

Pursuant to Fed. R. Civ. Proc. 37, and L. Civ. R. 16, Thames Valley Water Bottling Co.,

Inc. ("Thames Valley"), the Defendant in the above matter, hereby moves this Court for an order

compelling the Plaintiff, Santiago E. Cartagena ("Cartagena"), to produce the following

documents (1) copy of Plaintiff's individual 2001, 2002 and 2003 tax returns; (2) copies of all

W-2s and 1099s received by Plaintiff from January 1, 2000 through April, 2004; (3) copies of

Plaintiff's paystubs for 2000 through April, 2004; (4) copies of all applications for employment

submitted by Plaintiff from August 1, 2001 through April, 2004; (5) copies of all financial

statements submitted by Plaintiff from August 10, 2001 through April, 2004; (6) copies of

Plaintiff's counseling records from Pond House and IBH from 2001 through 2003; (7) copy of

**ORAL ARGUMENT REQUESTED/
NO TESTIMONY REQUIRED**

1

Plaintiff's CHRO pending complaint against Staples; (8) Plaintiff's authorization to review Plaintiff's pending CHRO complaint and file against Staples.

In support of this Motion, Thames Valley represents as follows:

1.  On February 26, 2004, pursuant to a Notice of Deposition dated January 27, 2004, Thames Valley conducted the deposition of the Plaintiff, at which time the Plaintiff promised to provide counsel for the Thames Valley with the following documents which had been requested in the Notice of Deposition: (1) copy of Plaintiff's individual 2001, 2002 and 2003 tax returns; (2) copies of all W-2s and 1099s received by Plaintiff from January 1, 2000 through April, 2004; (3) copies of Plaintiff's paystubs for 2000 through April, 2004; (4) copies of all applications for employment submitted by Plaintiff from August 1, 2001 through April, 2004; (5) copies of all financial statements submitted by Plaintiff from August 10, 2001 through April, 2004; (6) copies of Plaintiff's counseling records from Pond House and IBH from 2001 through 2003. A copy of said Notice of Deposition is attached hereto as Exhibit A and made a part hereof.

2.  The Plaintiff did not make any objections to producing the requested documents listed in Paragraph 1 above, but did not provide them at the deposition on

2

LAW OFFICES • O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
P.O. BOX 310 • NORWICH, CONNECTICUT 06360 • 860-889-3855 • FAX: 860-886-6352 • JURIS NUMBER 412176

February 26, 2004; Thames Valley continued the Plaintiff's deposition for receipt of the above-named documents.

3.    On April 22, 2004, Thames Valley conducted the continued deposition of the Plaintiff and again requested copies of the documents listed in Paragraph 1 above, which had been requested in the Notice of Deposition, Exhibit A; the Plaintiff again made no objection to producing the requested documents and again promised that he would produce them.

4.    On August 3, 2004, counsel for Thames Valley sent Plaintiff's counsel a fax requesting Plaintiff to produce copies of the documents listed in Paragraph 1 above, as evidenced by a copy of said fax marked "Exhibit B", attached hereto and made a part hereof.

5.    On August 31, 2004, the parties and counsel attended a settlement conference as ordered by the Court, at which time the Plaintiff promised to provide all documents previously promised to be provided as listed in Paragraph 1 above, and in addition, to produce a copy of Plaintiff's pending CHRO complaint against Staples; and Plaintiff's authorization to review Plaintiff's pending CHRO complaint and file against Staples.

3

6.    On September 9, 2004, counsel for Thames Valley sent Plaintiff's counsel a fax requesting Plaintiff to produce copies of the documents listed in Paragraphs 1 and 5 above, as evidenced by a copy of said fax marked "Exhibit C", attached hereto and made a part hereof.

7.    As of this date, the Plaintiff has not provided any of the documents listed in Paragraphs 1 and 5, above, nor has Plaintiff's counsel responded to either of the faxes, Exhibits B and C.

8.    All of the documents listed in Paragraphs 1 and 5 above are critical to Thames Valley's defense against any claim of damages that the Plaintiff is making.

9.    Pursuant to the Pretrial Order of this Court on September 1, 2004, the parties' Joint Pretrial Memorandum, including *inter alia*, Stipulations of Fact, Witnesses and Exhibits, must be submitted to the Court by October 15, 2004, in preparation for trial of this matter, which is now scheduled to begin on January 11, 2005.

10.   Without the documents listed in Paragraphs 1 and 5 above, Thames Valley is unable to complete its preparation of the Joint Pretrial Memorandum nor to complete its preparation for trial of this matter.

4

LAW OFFICES • O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
P.O. BOX 310 • NORWICH, CONNECTICUT 06360 • 860-889-3855 • FAX: 860-886-6352 • JURIS NUMBER 412176

WHEREFORE, Thames Valley moves that this Court:

1.    Order that Cartagena immediately provide the Thames Valley with the documents

      requested in the aforesaid Paragraphs 1 and 5 above;

2.    Award Thames Valley its reasonable expenses and attorney's fees incurred in

      connection with the refusal to provide said documents in an amount not less than

      $750; and

3.    Grant any other appropriate relief, including dismissal of the Plaintiff's complaint.

Dated at Norwich, Connecticut this ___24th___ day of September, 2004.

                                        THE DEFENDANT


                                        By _____
                                        Meredith E. Russell, for
                                        O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
                                        138 Main Street
                                        Norwich, CT 06360
                                        Phone: (860) 889-3855
                                        Fax: (860) 889-6244
                                        Email: meredithrussell@obrienshafner.com
                                        Ct 04985


5