EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANTIAGO E. CARTAGENA )<br>)<br>V. )<br>)<br>THAMES VALLEY WATER BOTTLING CO., INC. )<br>) | CIVIL ACTION NO.<br>303CV99(JBA)<br><br><br><br>JANUARY 27, 2004 |

### NOTICE OF DEPOSITION

To: Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, PC
855 Main Street
Bridgeport, CT 06604

PLEASE TAKE NOTICE that commencing at 10:00 a.m. on Tuesday, February 24, 2004 at the offices of O'Brien, Shafner, Stuart, Kelly & Morris, P.C., 138 Main Street, Norwich, Connecticut 06360 the Defendant in the above-entitled action will take the deposition of **Santiago E. Cartagena** pursuant to the Federal Rules of Civil Procedure. This Deposition shall continue from day to day until completed, and will be taken before Shea & Driscoll Court Reporting or before some other officer authorized by law to administer an oath. You are invited to attend and participate in the manner provided for in the Federal Rules of Civil Procedure.

You are also requested to produce: (1) Plaintiff's Federal income tax returns for 2000, 2001, 2002 and, if/when completed, 2003. (2) All Forms W-2 and 1099 received for work performed as an employee or as an independent contractor since January 1, 2000. (3) All documents possessed by Plaintiff pertaining or referring to his search for employment since August 10, 2001. (4) All applications for a loan prepared or signed by Plaintiff since August 10, 2001. (5) All financial statements prepared or signed by Plaintiff since August 10, 2001, including but not limited to those filed with any court. (6) All pay stubs, copies of checks and other documents of compensation received for employment since August 10, 2001.

THE DEFENDANT

By *Richard J. Pascal*
Richard J. Pascal, for
O'Brien, Shafner, Stuart,
Kelly & Morris, PC
138 Main Street
Norwich, CT 06360
(860) 889-3855
Fax No. (860) 886-6352
ct03151

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid on this 27th day of January, 2004 to the following:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, PC
855 Main Street
Bridgeport, CT 06604

Shea & Driscoll, LLC
Court Reporting Associates
16 Seabreeze Drive
Waterford, CT 06385

*Richard J. Pascal*

**Richard J. Pascal, for
O'Brien, Shafner, Stuart,
Kelly & Morris, PC
138 Main Street
Norwich, CT 06360
(860) 889-3855
Fax No. (860) 886-6352
ct03151**

F:\USERS\BJR\RJP\City of Groton\Notice of Deposition.wpd

# O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
138 Main Street, P.O. Box 310
Norwich, CT 06360

EXHIBIT F

## Facsimile Transmittal Cover Sheet
860-889-6244

Date:           August 3, 2004          Time: 2:50 p.m. EDT

To:             Thomas W. Bucci, Esq.

Fax #:          203-337-4588

From:           Meredith E. Russell, Esquire

NUMBER OF PAGES TRANSMITTED __1__   (INCLUDING COVER SHEET)

Re:             Santiago Cartagena vs. Thames Valley Water Bottling Company d/b/a

MESSAGE: In preparation for our teleconference with the judge on 8/5/04 @ 11 a.m., following is a list of documents which were to have been produced for me by Mr. Cartagena [referenced by page number in the April 22, 2004 transcript]:

2003 tax return [p.8]
W-2s, 1099s since 1/2000 [p. 9-13]
Paystubs [p. 12-13, 19-20, 23]
Employment applications [p. 14-18, 31, 35, 38]
Financial statements [p. 18-19]
2001, 2002, 2003 tax returns [p. 41]
Counseling records - Pond House, IBH [p. 56]

Once I have received these documents, Mr. Cartagena will have complied with all production requests or all offers of production made by him during deposition. Please let me know as soon as possible if there will be any dispute over the production of these documents.

Transmitted by __MER__

Please call __Barbara J. Richardson__ at 860-889-3855 if you have any problems with this transmission.

**NOTE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law** If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U. S. Postal Service. Thank you.

```
* * * COMMUNICATION RESULT REPORT ( AUG. 3.2004  3:02PM ) * * *

                                            FAX HEADER 1: O'BRIEN SHAFNER
                                            FAX HEADER 2:

TRANSMITTED/STORED : AUG. 3. 2004  3:02PM
FILE MODE       OPTION              ADDRESS                 RESULT        PAGE
-----------------------------------------------------------------------------
4539 MEMORY TX                      203 337 4588            OK            1/1


              REASON FOR ERROR
                E-1) HANG UP OR LINE FAIL        E-2) BUSY
                E-3) NO ANSWER                   E-4) NO FACSIMILE CONNECTION
```

## O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
138 Main Street, P.O. Box 310
Norwich, CT 06360

### Facsimile Transmittal Cover Sheet
860-889-6244

Date:    August 3, 2004          Time: 2:50 p.m. EDT

To:      Thomas W. Bucci, Esq.

Fax #:   203-337-4588

From:    Meredith E. Russell, Esquire

NUMBER OF PAGES TRANSMITTED ___1___ (INCLUDING COVER SHEET)

Re:      Santiago Cartagena vs. Thames Valley Water Bottling Company d/b/a

MESSAGE: In preparation for our teleconference with the judge on 8/5/04 @ 11 a.m., following is a list of documents which were to have been produced for me by Mr. Cartagena [referenced by page number in the April 22, 2004 transcript]:

2003 tax return [p.8]
W-2s, 1099s since 1/2000 [p. 9-13]
Paystubs [p. 12-13, 19-20, 23]
Employment applications [p. 14-18, 31, 35, 38]
Financial statements [p. 18-19]
2001, 2002, 2003 tax returns [p. 41]
Counseling records - Pond House, IBH [p. 56]

Once I have received these documents, Mr. Cartagena will have complied with all production requests or all offers of production made by him during deposition. Please let me know as soon as possible if there will be any dispute over the production of these documents.

Transmitted by __MER__

Please call __Barbara J. Richardson__ at 860-889-3855 if you have any problems with this transmission.

NOTE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U. S. Postal Service. Thank you.

# O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
## 138 Main Street, P.O. Box 310
## Norwich, CT 06360

EXHIBIT C

## Facsimile Transmittal Cover Sheet
## 860-889-6244

Date:       September 9, 2004      Time: 3:30 p.m. EDT

To:         Thomas W. Bucci, Esq.

Fax #:      203-337-4588

From:       Meredith E. Russell, Esquire

NUMBER OF PAGES TRANSMITTED __1__ (INCLUDING COVER SHEET)

Re:         Santiago Cartagena vs. Thames Valley Water Bottling Company d/b/a

---

MESSAGE:

This is in followup to my fax to you dated August 3, 2004, concerning outstanding production due from Mr. Cartagena, as follows [referenced by page number in the April 22, 2004 transcript]:

2003 tax return [p.8]
W-2s, 1099s since 1/2000 [p. 9-13]
Paystubs [p. 12-13, 19-20, 23]
Employment applications [p. 14-18, 31, 35, 38]
Financial statements [p. 18-19]
2001, 2002, 2003 tax returns [p. 41]
Counseling records - Pond House, IBH [p. 56].

In addition to the documents requested in the August 3rd fax listed above, during the settlement conference with Judge Margolis on August 31st, Rich Pascal asked for and was told he would receive a copy of the Complaint filed by Mr. Cartagena against Staples, together with Mr. Cartagena's authorization for our review of that pending CHRO complaint against Staples.

As of this date, we have not received any of the aforementioned production, and, as you know, the Joint Pretrial Memorandum is due in the Court on October 15th. If I do not receive the requested documents by close of business on Wednesday, September 15, 2004, then on Thursday, September 16, 2004, I will file a motion to compel discovery pursuant to FRCP 37.

---

Transmitted by __MER__

Please call _Barbara J. Richardson_ at 860-889-3855 if you have any problems with this transmission.

NOTE: **This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law** If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U. S. Postal Service. Thank you.

## AFFIDAVIT OF COUNSEL PURSUANT TO Fed. R. Civ. Proc. 37

I, Meredith E. Russell, Attorney for Thames Valley Water Bottling Co., Inc., being duly sworn, depose and state that I am the attorney for the moving party in this matter. Prior to filing this motion, I have attempted to confer in good faith with my opponent to resolve this matter without the filing of this motion and without the intervention of the court. In particular, Attorney Thomas W. Bucci and I had a telephone discussion on September 24, 2004, in which we discussed outstanding production issues and were unable to resolve the above matter.

Date: 9/24/2004

Meredith E. Russell

Subscribed and sworn to before me this 24th day of September, 2004.

Notary Public Carla D. Lee
My commission expires: 9/30/07

6

LAW OFFICES • O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
P.O. BOX 310 • NORWICH, CONNECTICUT 06360 • 860-889-3855 • FAX: 860-886-6352 • JURIS NUMBER 412176

## ORDER

The foregoing Motion is hereby:

**GRANTED:** _____

_____

_____

_____

**DENIED.**

        BY THE COURT (_____, J.)

        _____
        Judge/Clerk/Assistant Clerk

7

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed by first-class mail, postage prepaid on this 24th day of September, 2004, to the following:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

_Meredith E. Russell_
Meredith E. Russell, for
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
138 Main Street
Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 889-6244
Email: meredithrussell@obrienshafner.com
Ct 04985

MER\Litigation...\MotionCompelResponseDiscovery

8