IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
SANTIAGO E. CARTEGENA          :          3:03 CV 998 (JGM)
:
v.                             :
:
THAMES VALLEY WATER BOTTLING   :
COMPANY                        :          DATE: OCTOBER 25, 2004
---------------------------------------------------------x

RULING ON DEFENDANT'S MOTION TO COMPEL

On September 27, 2004, defendant filed the pending Motion for Order Compelling Responses to Discovery (Dkt. #34), which seeks production of eight categories of documents (first requested in late January 2004), all of which are necessary in order for defendant "to complete its preparation of the Joint Pretrial Memorandum [and] to complete its preparation for trial of this matter." (Id. at 1-2, 4, ¶ 10).  In this motion, defendant requests that the Court order plaintiff to "immediately provide" the requested documents, order plaintiff to pay reasonable attorney's fees of not less than $750, and grant any appropriate relief, including dismissal of plaintiff's complaint.  (Id. at 5, ¶¶ 1-3).

Plaintiff has failed to file a timely brief in opposition.

Accordingly, defendant's Motion for Order Compelling Responses to Discovery (Dkt. #34) is hereby granted in part, so that plaintiff shall comply, in full, **on or before November 9, 2004**.  Defendant's motion is denied without prejudice to renewal, with respect to its request for attorney's fees and dismissal; renewal of this motion will be appropriate in the unhappy event plaintiff fails to respond by November 9, 2004.

Dated at New Haven, Connecticut, this 25th day of October, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge