IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
:
SANTIAGO E. CARTEGENA          :    3:03 CV 998 (JGM)
:
v.                             :
:
THAMES VALLEY WATER BOTTLING   :
COMPANY                        :    DATE: NOVEMBER 10, 2004
------------------------------------------------------------x

## ORDER

On September 1, 2004, this Magistrate Judge filed a Pretrial Order (Dkt. #33), under which the parties' Joint Trial Memorandum ["JTM"] was to be filed by October 15, 2004 and jury selection and jury trial was to commence on January 18, 2005. (¶¶ 1-2). Twenty-six days later, defendant filed a Motion for Order Compelling Responses to Discovery (Dkt. #34), which sought production of eight categories of documents. On October 8, 2004, the parties filed a Joint Motion for Extension of Time (Dkt. #36), which sought to postpone the filing of the JTM until two weeks after plaintiff complied with this Court's ruling on defendant's Motion to Compel; the Motion for Extension was granted six days later. (Dkt. #37). On October 25, 2004, this Magistrate Judge filed a Ruling on defendant's motion (Dkt. #39), in which defendant's motion was "granted in part, so that plaintiff shall comply, in full, **on or before November 9, 2004**." (emphasis in original). By coincidence, on that same day, plaintiff's counsel filed his Motion to Withdraw Appearance (Dkt. #38), which is still pending.

On November 10, 2004, defense counsel forwarded a letter to this Magistrate Judge, with a copy to plaintiff's counsel, in which she indicated that on November 9, 2004, plaintiff, himself, delivered documents to defense counsel, which documents correspond with only one of the document requests, and that with respect to the remaining seven requests, plaintiff produced three authorizations, which may or may not be accepted by the respective keepers of records. She therefore requested a postponement of the filing of the JTM and the jury

trial.

In light of the uncertainty over plaintiff's authorizations and the pendency of the Motion to Withdraw, the current deadlines for filing the JTM and the jury trial are hereby revoked.  <u>If</u> plaintiff's authorizations are not accepted by the keepers of records, plaintiff shall provide amended authorizations **on or before December 17, 2004**.

A continued status conference will be scheduled at an appropriate time to discuss, <u>inter alia</u>, the filing of the JTM and the scheduling of the jury trial.

Dated at New Haven, Connecticut, this 10th day of November, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge