IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------x
                                  :
SANTIAGO E. CARTEGENA     :     3:03 CV 998 (JGM)
                                  :
V.                                  :
                                  :
THAMES VALLEY WATER       :
                                  :     DATE: DEC. 22, 2004
---------------------------------------------x

## RULING ON MOTION TO WITHDRAW APPEARANCE

On October 25, 2004, plaintiff's counsel filed a Motion to Withdraw Appearance (Dkt. #38), with a copy to plaintiff. Local Rule 7(e) (formally Local Rule 15) provides:

> Withdrawal of appearances may be accomplished only by leave of Court on motion duly noticed, and normally shall not be granted except upon a showing that other counsel has appeared or that the party has elected to proceed *pro se*, and that the party whose counsel seeks to withdraw has received actual notice by personal service or by certified mail of the motion to withdraw. In cases where the party has failed to engage other counsel or file a *pro se* appearance, where good cause exists for permitting the withdrawal by the appearing counsel, the Court may grant the motion to withdraw the appearance after notice to the party that failure to either engage successor counsel or file a *pro se* appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the party.

On December 1, 2004, this Magistrate Judge filed an Order (Dkt. #43), in which plaintiff was advised as follows:

> Plaintiff is hereby warned that **on or before December 17, 2004**, plaintiff must have substitute counsel file his or her appearance, or plaintiff is to file a *pro se* appearance. If plaintiff fails to engage other counsel or file a *pro se* appearance by **December 17, 2004**, the Court will grant Attorney Bucci's Motion to Withdraw if it finds that "good cause exists for permitting the withdrawal by the appearing counsel," which could ultimately result in a dismissal of plaintiff's action.

(emphasis in original). No appearance has been filed by substitute counsel and plaintiff has failed to file a *pro se* appearance. Under Local Rule 7(e), the Court finds that "good cause exists for permitting the withdrawal by the appearing counsel" and thus Attorney Bucci's

Motion to Withdraw Appearance (Dkt. #38) is hereby <u>granted</u>. Plaintiff is further warned that if substitute counsel fails to file his or her appearance or plaintiff fails to file a *pro se* appearance **on or before January 5, 2005, this case will be dismissed**.  Jury selection and jury trial, previously scheduled for January 18, 2005 (Dkts. ##33 & 41) are hereby <u>canceled</u>.  Attorney Bucci shall forward a copy of the December 1st Order and this Ruling to plaintiff.

      Dated at New Haven, Connecticut, this 22nd day of December, 2004.

                                            _____/s/_____
                                            Joan Glazer Margolis
                                            United States Magistrate Judge