IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------x
:
SANTIAGO E. CARTEGENA      :     3:03 CV 998 (JGM)
:
V.      :
:
THAMES VALLEY WATER      :
:     DATE: JANUARY 11, 2005
-----------------------------------------------x

ORDER OF DISMISSAL

On October 25, 2004, plaintiff's counsel filed a Motion to Withdraw Appearance (Dkt. #38), with a copy to plaintiff. On December 1, 2004, this Magistrate Judge filed an Order (Dkt. #43), in which plaintiff was advised as follows:

> Plaintiff is hereby warned that **on or before December 17, 2004**, plaintiff must have substitute counsel file his or her appearance, or plaintiff is to file a *pro se* appearance. If plaintiff fails to engage other counsel or file a *pro se* appearance by **December 17, 2004**, the Court will grant Attorney Bucci's Motion to Withdraw if it finds that "good cause exists for permitting the withdrawal by the appearing counsel," which could ultimately result in a dismissal of plaintiff's action.

(emphasis in original). No appearance has been filed by substitute counsel and plaintiff failed to file a *pro se* appearance. On December 22, 2004, this Magistrate Judge filed her Ruling on Motion to Withdraw Appearance (Dkt. #44), which found that "good cause exists for permitting the withdrawal by the appearing counsel" under Local Rule 7(e), and thus Attorney Bucci's Motion to Withdraw Appearance was granted. (At 1-2). Plaintiff was "further warned that if substitute counsel fails to file his or her appearance or plaintiff fails to file a *pro se* appearance **on or before January 5, 2005, this case will be dismissed**." (At 2)(emphasis in original). Attorney Bucci was ordered to forward a copy of the December 1st Order and December 22nd Ruling to plaintiff. (Id.). Similarly, no appearance has been filed by substitute counsel and plaintiff has failed to file a *pro se* appearance.

Accordingly, this case is now dismissed and the Clerk's Office shall close the file.

Dated at New Haven, Connecticut, this 11th day of January, 2005.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge

Case 3:03-cv-00998-JGM    Document 45    Filed 01/11/2005    Page 2 of 2