IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 JAN 21 P 2: 49
U.S. DISTRICT COURT
NEW HAVEN, CT

---------------------------------x
SANTIAGO E. CARTAGENA        :
                             :      3:03 CV 998 (JGM)
V.                           :
                             :
THAMES VALLEY WATER          :      DATE: JAN. 20, 2005
---------------------------------x

## MOTION FOR RECONSIDERATION

The plaintiff, Santiago Cartagena hereby moves this Honerable Court to grant a Motion For Reconsideration on this Honorable Court's ruling dated Dec.22, 2004. The plaintiff, upon belief and knowledge, believes Atty. Thomas W. Bucci, plaintiff's "former" counsel failed to provide adequate notice in his Motion To Withdraw Apperance (Dkt.#38), failed to communicate his reasons for withdrawing and failed to provide realistic legal direction in regard to my case. The plaintiff believes he was intimated, threatened and harrassed by Atty. Bucci and his secretary on or about 9/31/ 2004. All of this was in response to a debate on attorney fees. The plaintiff was a member of the Pre-Paided Legal Services and paid a monthly rate. Atty. Bucci was initially very interested in the plaintiff case v. the defendant, and accepted the plaintiff's case on a contingency basis, why the need for legal fees? The plaintiff cannot remember recieving the Dec. 22, 2004 Motion to Withdraw w/ it's certification of service, which Atty. Bucci is legally bound to supply! Additionally, Atty. Bucci mailed, via certified mail a letter dated January 3, 2005 which warned the plaintiff of date deadlines...on or before December 17, 2004 and mentioned ...on or before January 5, 2005. The delivery notice from the U.S. Postal service is dated 1-6-05. In all due respect how could the plaintiff properly respond to these past due dates? The plaintiff believes these facts are grounds for "good cause" and prays that this Honorable Court will grant this Motion For Reconsideration as well as revoking the order to dismiss and the motion to

withdraw appearance. The plaintiff has a legimate right to seek redress from the defendant, both the State of Ct.'s Commission on Human Rights and Opp'ty, as well as the EEOC concur. This case is very important to the plaintiff and the minor children the plaintiff supports.

Dated at Pawcatuck, Connecticut, this 20th of January, 2005.

Santiago E. Cartagena
Pro Se
103-1 BROOKSIDE LANE
PAWCATUCK, Connecticut
06379

CERTIFICATION

THIS IS TO CERTIFY that on the 20th day of January, 2005 the foregoing <u>Motion For Reconsideration</u>, was mailed via first class mail to the following:

Richard J. Pascal, Esq.
P.O. Box 310
Norwich, Ct. 06360

Atty. Thomas W. Bucci
855 Main St.
Bridgeport, Ct. 06604

Santiago Cartagena