## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANTIAGO E. CARTAGENA, | : | CIVIL CASE NO. 3:03cv998(JGM) |
|     Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| THAMES VALLEY WATER | : | |
| BOTTLING CO., INC. D/B/A | : | |
| MANITOCK SPRINGS | : | |
|     Defendant. | : | JANUARY 24, 2005 |

## REPLY OF FORMER COUNSEL, THOMAS W. BUCCI, TO THE PLAINTIFF'S MOTION FOR RECONSIDERATION

Without expressing a position on the merits of the plaintiff's motion for reconsideration, plaintiff's former counsel is compelled to dispel various misstatements contained in the plaintiff's motion. First, neither the plaintiff's former counsel nor his secretary ever conducted a debate with Mr. Cartagena over attorney fees. The only issue the plaintiff and his former attorney debated was the plaintiff's failure to respond to outstanding discovery requests. The plaintiff's former counsel informed the plaintiff on numerous occasions that he was jeopardizing his case by failing to produce documents, including his tax returns, which had been the subject of various production requests. Plaintiff's former counsel never argued with the plaintiff over attorney fees. In fact, at the settlement conference, plaintiff's former counsel, in an effort to reach a settlement, agreed to substantially reduce his fees. Plaintiff's former counsel and his secretary did not intimidate, threaten or harass Mr. Cartagena at any time.

The plaintiff's former counsel served the following documents on the plaintiff as evidenced by the copies of the communications and the signed postal return receipts:

1. October 21, 2004 Motion to Withdraw as Counsel for the Plaintiff, Santiago Cartagena (Exhibit 1);

2. Covering letter dated November 16, 2004 with a copy of the November 10, 2004 Order of Judge Joan Glazer Margolis (Exhibit 2);

3. Covering letter dated January 3, 2005 with a copy of the December 22, 2004 Ruling of Judge Joan Glazer Margolis (Exhibit 3).

The December 22, 2004 Ruling of Judge Margolis was sent to Mr. Cartagena on January 3, 2005, since the Ruling was not received by the plaintiff's counsel until after December 27, 2004. The Court's docket report indicates that the Ruling was dated December 22, 2004, but not entered until December 27, 2004. With the intervening holidays, the Ruling was not sent out until January 3, 2005.

THE PLAINTIFF – SANTIAGO CARTAGENA

_____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: thomasbucci@earthlink.net

# **CERTIFICATION**

       THIS IS TO CERTIFY that on the 24th day of January, 2005, a copy of the foregoing *Reply,* was sent by first class mail to the following:

Richard J. Pascal, Esquire
O'BRIEN SHAFNER, STUART, KELLY
 & MORRIS, P.C.
138 Main Street
P.O. Box 310
Norwich, CT 06360
Tel: (860) 889-3855
Fax: (860) 886-6352
Fed. Bar # ct03151


**AND BY CERTIFIED MAIL**
**ARTICLE NO.  7003 1010 0003 3539 4935**

Santiago Cartagena
103-1 Brookside Lane
Pawcatuck, CT  06379

                                                         _____
                                                          Thomas W. Bucci