# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANTIAGO E. CARTAGENA,  :  Plaintiff, | CIVIL CASE NO. 3:03cv998(JGM) |
| VS. : | |
| THAMES VALLEY WATER BOTTLING CO., INC. D/B/A MANITOCK SPRINGS  :  Defendant. | OCTOBER 21, 2004 |

### MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF, SANTIAGO CARTAGENA

Pursuant to Local Rule of Civil Procedure 7 (e), the plaintiff's counsel, Thomas W. Bucci, Esq., requests permission of the Court to withdraw as counsel for the plaintiff, SANTIAGO E. CARTAGENA. Counsel makes this request as a result of the irreparable breakdown of communications between the plaintiff and plaintiff's counsel, Thomas W. Bucci.

Plaintiff's counsel represents compliance has been met with the provisions of L.Civ.R. 7(e), in the following manner:

1. This motion has been duly noticed, as indicated on the certification of service.

2. Notice and a copy of this motion have been sent by certified mail to the plaintiff.

3. Good cause exists for permitting the withdrawal of Thomas W. Bucci as counsel for the plaintiff in that there is a lack of cooperation by the plaintiff with his counsel in the preparing his case for trial, in particular, plaintiff's failure to assist plaintiff's counsel in responding to the defendant's discovery request.

4. The plaintiff has indicated in this motion and has notified the plaintiff that the plaintiff's failure to either engage successor counsel or file a pro se appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the plaintiff.

Wherefore, plaintiff's counsel moves that he be allowed to withdraw his appearance in this matter.

**NOTICE TO PLAINTIFF: - FAILURE BY SANTIAGO E. CARTAGENA TO EITHER ENGAGE SUCCESSOR LOCAL COUNSEL OR FILE A PRO SE APPEARANCE WILL RESULT IN GRANTING OF THE MOTION TO WITHDRAW AND MAY RESULT IN A DISMISSAL BEING ENTERED AGAINST SANTIAGO E. CARTAGENA.**

THE PLAINTIFF

BY _____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT   06604
Tel: (203) 366-3939
Email: thomasbucci@earthlink.net
Fed. Bar #ct07805

## CERTIFICATION

THIS IS TO CERTIFY that on the 21st day of October, 2004, the original foregoing *Motion to Withdraw As Counsel For the Plaintiff, SANTIAGO E. CARTAGENA,* was sent by first class mail to the following:

Richard J. Pascal, Esquire
O'BRIEN SHAFNER, STUART, KELLY
 & MORRIS, P.C.
138 Main Street
P.O. Box 310
Norwich, CT 06360
Tel: (860) 889-3855
Fax: (860) 886-6352
Fed. Bar # ct03151


**AND BY CERTIFIED MAIL**
**ARTICLE NO. 7003 1010 0003 3539 4706**

Santiago Cartagena
103-1 Brookside Lane
Pawcatuck, CT  06379

_____
Thomas W. Bucci

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Santiago Ortz_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Santiago Cartagena<br>103-1 Brookside Lane<br>Pawcatuck, CT<br>06379 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☑ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1010 0003 3539 4706 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JQ

WILLINGER, WILLINGER
& BUCCI, P.C.
ATTORNEYS AT LAW
855 MAIN STREET
BRIDGEPORT, CONN. 06604

Cartagena # P22101

06604+4915