# WILLINGER, WILLINGER & BUCCI, P.C.
## ATTORNEYS AT LAW

CHARLES J. WILLINGER, JR*
THOMAS W. BUCCI
ANN MARIE WILLINGER
BRADD S. ROBBINS △
MATTHEW D. NEWMAN
JAMES P. MOONEY
ATHAN S. MIHALAKOS +
LINDA R. CHRISTIANI
MARK H. MIDDLEN △
DIANE M. LORD
MICHELE C. MOUNT ▽
PETER M. BRAKE
ROBERT J. VALENTI, JR.
*ALSO MEMBER OF FL BAR
△ ALSO MEMBER OF MA BAR
+ ALSO MEMBER OF PA BAR
▽ ALSO MEMBER OF LA BAR

855 MAIN STREET
BRIDGEPORT, CONNECTICUT 06604
TELEPHONE (203) 366-3939
TOLL FREE (866) 992-1 LAW
FACSIMILE (203) 337-4588
WEBSITE wwblaw.com

HARTFORD OFFICE:
2 CONGRESS STREET
HARTFORD, CONNECTICUT 06114
TELEPHONE (860) 244-2373
FACSIMILE (860) 727-9455

CATHARINE H. FREEMAN, OF COUNSEL

November 16, 2004

**VIA CERTIFIED MAIL**
**ARTICLE NO. 7003 1010 0003 3539 4737**
**AND U.S.P.S.**

Santiago Cartagena
103-1 Brookside Lane
Pawcatuck, CT 06379

RE: **Santiago Cartagena v. Thames Valley Water Company**

Dear Mr. Cartagena:

Enclosed please find a copy of an Order of the United States District Court (Margolis, J.) dated November 10, 2004, with regard to the matter referenced above.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

*Thomas W. Bucci/jq*

Thomas W. Bucci

TWB:jq
Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
SANTIAGO E. CARTEGENA         :         3:03 CV 998 (JGM)
:
v.                            :
:
THAMES VALLEY WATER BOTTLING  :
COMPANY                       :         DATE: NOVEMBER 10, 2004
---------------------------------------------------------x

### ORDER

On September 1, 2004, this Magistrate Judge filed a Pretrial Order (Dkt. #33), under which the parties' Joint Trial Memorandum ["JTM"] was to be filed by October 15, 2004 and jury selection and jury trial was to commence on January 18, 2005. (¶¶ 1-2). Twenty-six days later, defendant filed a Motion for Order Compelling Responses to Discovery (Dkt. #34), which sought production of eight categories of documents. On October 8, 2004, the parties filed a Joint Motion for Extension of Time (Dkt. #36), which sought to postpone the filing of the JTM until two weeks after plaintiff complied with this Court's ruling on defendant's Motion to Compel; the Motion for Extension was granted six days later. (Dkt. #37). On October 25, 2004, this Magistrate Judge filed a Ruling on defendant's motion (Dkt. #39), in which defendant's motion was "granted in part, so that plaintiff shall comply, in full, **on or before November 9, 2004**." (emphasis in original). By coincidence, on that same day, plaintiff's counsel filed his Motion to Withdraw Appearance (Dkt. #38), which is still pending.

On November 10, 2004, defense counsel forwarded a letter to this Magistrate Judge, with a copy to plaintiff's counsel, in which she indicated that on November 9, 2004, plaintiff, himself, delivered documents to defense counsel, which documents correspond with only one of the document requests, and that with respect to the remaining seven requests, plaintiff produced three authorizations, which may or may not be accepted by the respective keepers of records. She therefore requested a postponement of the filing of the JTM and the jury

trial.

In light of the uncertainty over plaintiff's authorizations and the pendency of the Motion to Withdraw, the current deadlines for filing the JTM and the jury trial are hereby revoked. <u>If</u> plaintiff's authorizations are not accepted by the keepers of records, plaintiff shall provide amended authorizations **on or before December 17, 2004**.

A continued status conference will be scheduled at an appropriate time to discuss, <u>inter alia</u>, the filing of the JTM and the scheduling of the jury trial.

Dated at New Haven, Connecticut, this 10th day of November, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Santiago Cartagena
   103-1 Brookside Lane
   Pawcatuck, CT 06379

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Santiago Cartagena_   ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   S. Cartagena                 14/28/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☒ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7003 1010 0003 3539 4737

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-0835

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

TWBl JB
WILLINGER, WILLINGER
& BUCCI, P.C.
ATTORNEYS AT LAW
855 MAIN STREET
BRIDGEPORT, CONN. 06604

Cartagena #P22101