# WILLINGER, WILLINGER & BUCCI, P.C.
### ATTORNEYS AT LAW

CHARLES J. WILLINGER, JR*
THOMAS W. BUCCI
ANN MARIE WILLINGER
BRADD S. ROBBINS △
MATTHEW D. NEWMAN
JAMES P. MOONEY
ATHAN S. MIHALAKOS +
LINDA R. CHRISTIANI
MARK H. MIDDLEN △
DIANE M. LORD
MICHELE C. MOUNT ▽
PETER M. BRAKE
ROBERT J. VALENTI, JR.
*ALSO MEMBER OF FL BAR
△ ALSO MEMBER OF MA BAR
+ ALSO MEMBER OF PA BAR
▽ ALSO MEMBER OF LA BAR

855 MAIN STREET
BRIDGEPORT, CONNECTICUT 06604
TELEPHONE (203) 366-3939
TOLL FREE (866) 992-1LAW
FACSIMILE (203) 337-4588
WEBSITE wwblaw.com

HARTFORD OFFICE:
2 CONGRESS STREET
HARTFORD, CONNECTICUT 06114
TELEPHONE (860) 244-2373
FACSIMILE (860) 727-9455

CATHARINE H. FREEMAN, OF COUNSEL

January 3, 2005

**VIA CERTIFIED MAIL**
**ARTICLE NO. 7003 1010 0003 3539 4867**
**AND U.S.P.S.**

Santiago Cartagena
103-1 Brookside Lane
Pawcatuck, CT  06379

RE:   <u>Santiago Cartagena v. Thames Valley Water Company</u>

Dear Mr. Cartagena:

Enclosed please find a copy of the United States District Court's Ruling on Motion To Withdraw Appearance dated December 22, 2004,(Margolis, J.) along with a copy of the Court's Order dated December 1, 2004,(Margolis, J.) dated November 10, 2004, with regard to the matter referenced above.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

*Thomas W. Bucci/jq*
Thomas W. Bucci

TWB:jq
Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 DEC 22 P 3:43

SANTIAGO E. CARTEGENA

V.

THAMES VALLEY WATER

3:03 CV 998 (JGM)

DATE: DEC. 22, 2004

## RULING ON MOTION TO WITHDRAW APPEARANCE

On October 25, 2004, plaintiff's counsel filed a Motion to Withdraw Appearance (Dkt. #38), with a copy to plaintiff. Local Rule 7(e) (formally Local Rule 15) provides:

> Withdrawal of appearances may be accomplished only by leave of Court on motion duly noticed, and normally shall not be granted except upon a showing that other counsel has appeared or that the party has elected to proceed *pro se*, and that the party whose counsel seeks to withdraw has received actual notice by personal service or by certified mail of the motion to withdraw. In cases where the party has failed to engage other counsel or file a *pro se* appearance, where good cause exists for permitting the withdrawal by the appearing counsel, the Court may grant the motion to withdraw the appearance after notice to the party that failure to either engage successor counsel or file a *pro se* appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the party.

On December 1, 2004, this Magistrate Judge filed an Order (Dkt. #43), in which plaintiff was advised as follows:

> Plaintiff is hereby warned that **on or before December 17, 2004**, plaintiff must have substitute counsel file his or her appearance, **or** plaintiff is to file a *pro se* appearance. If plaintiff fails to engage other counsel or file a *pro se* appearance by **December 17, 2004**, the Court will grant Attorney Bucci's Motion to Withdraw if it finds that "good cause exists for permitting the withdrawal by the appearing counsel," which could ultimately result in a dismissal of plaintiff's action.

(emphasis in original). No appearance has been filed by substitute counsel and plaintiff has failed to file a *pro se* appearance. Under Local Rule 7(e), the Court finds that "good cause exists for permitting the withdrawal by the appearing counsel" and thus Attorney Bucci's

AO 72A
(Rev. 8/82)

Motion to Withdraw Appearance (Dkt. #38) is hereby granted. Plaintiff is further warned that if substitute counsel fails to file his or her appearance or plaintiff fails to file a *pro se* appearance **on or before January 5, 2005, this case will be dismissed**. Jury selection and jury trial, previously scheduled for January 18, 2005 (Dkts. ##33 & 41) are hereby canceled. Attorney Bucci shall forward a copy of the December 1st Order and this Ruling to plaintiff.

Dated at New Haven, Connecticut, this 22nd day of December, 2004.

Joan Glazer Margolis
United States Magistrate Judge

AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------x
:
SANTIAGO E. CARTEGENA              :        3:03 CV 998 (JGM)
:
V.                                 :
:
THAMES VALLEY WATER                :
:        DATE: DEC. 1, 2004
-------------------------------------------------x

ORDER

On October 25, 2004, plaintiff's counsel filed a Motion to Withdraw Appearance (Dkt. #38), with a copy to plaintiff. Local Rule 7(e) (formally Local Rule 15) provides:

> Withdrawal of appearances may be accomplished only by leave of Court on motion duly noticed, and normally shall not be granted except upon a showing that other counsel has appeared or that the party has elected to proceed *pro se*, and that the party whose counsel seeks to withdraw has received actual notice by personal service or by certified mail of the motion to withdraw. In cases where the party has failed to engage other counsel or file a *pro se* appearance, where good cause exists for permitting the withdrawal by the appearing counsel, the Court may grant the motion to withdraw the appearance after notice to the party that failure to either engage successor counsel or file a *pro se* appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the party.

Plaintiff is hereby warned that **on or before December 17, 2004**, plaintiff must have substitute counsel file his or her appearance, or plaintiff is to file a *pro se* appearance. If plaintiff fails to engage other counsel or file a *pro se* appearance by **December 17, 2004**, the Court will grant Attorney Bucci's Motion to Withdraw if it finds that "good cause exists for permitting the withdrawal by the appearing counsel," which could ultimately result in a dismissal of plaintiff's action.

Dated at New Haven, Connecticut, this 1st day of December, 2004.

/s/
Joan Glazer Margolis
United States Magistrate Judge

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

TWB/JB
WILLINGER, WILLINGER
& BUCCI, P.C.
ATTORNEYS AT LAW
855 MAIN STREET
BRIDGEPORT, CONN. 06604

Cartagena #P22101

---

SENDER: COMP

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Santiago Cartagena
103-1 Brookside Lane
Pawcatuck, CT 06379

A. Signature
X Santiago Cxt    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
S. Cartagena    1/19/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7003 1010 0003 3539 4867

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835