# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SANTIAGO E. CARTAGENA

V

THAMES VALLEY, WATER
BOTTLING CO. INC, D/B/A
MAKITOCK, SPRINGS

**APPEARANCE**

FILED

CASE NUMBER: 3:03CV998

2005 APR -7 P 3:22

U.S. DISTRICT COURT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: MYSELF

---

4-1-2005
**Date**

N/A
**Connecticut Federal Bar Number**

860-599-1751
**Telephone Number**

N/A
**Fax Number**

N/A
**E-mail address**

*Signature:* Santiago Cartagena

SANTIAGO CARTAGENA
**Print Clearly or Type Name**

103-1 BROOKSIDE LANE
**Address**
PAWCATUCK, CONNECTICUT
06379

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

ATTORNEY'S
O'BRIEN, SHAFNER, STUART, KELLY AND MORRIS, P.C.
138 MAIN STREET
NORWICH, CONNECTICUT 06360
PHONE # 860-889-3855

*Signature:* Santiago Cartagena

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24