UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 APR -1  P 3: 22

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
PURSUANT TO 28 U.S.C. § 1915   U.S. DISTRICT COURT

To WAIVE APPEAL FEES

SANTIAGO E. CARTAGENA
---
Plaintiff(s),

v.

THAMES VALLEY WATER
BOTTLING CO. INC., D/B/A
MANITOCK SPRINGS.
---
Defendant(s).

Case No. 3:03 CV 998

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_Santiago Cartagena_
Original Signature

SANTIAGO E. CARTAGENA
---
Name (print or type)

103-1 BROOKSIDE LANE.
---
Street Address

PAWCATUCK, CONNECTICUT   06379
---
City          State        Zip Code

(860) 599-1751
---
Telephone Number

Rev. 2/3/05                                                                 Page 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

SANTIAGO E. CARTAGENA
_____
Plaintiff(s),

v.

THAMES VALLEY
BOTTLING CO. INC, D/B/A
MANITOCK SPRINGS,
_____
Defendant(s).

Case No. 3:03 CV 998

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ____ Married ____ Separated ____ Divorced ✓
If separated or divorced, are you paying any support or any <u>form of maintenance?</u> ✱
Yes ____ No ✓
Dependents: Wife ____ Children # 2 Others # ____
and relationship ___2 DAughTer's___
Please provide the names and ages of your children. **IF A CHILD IS A MINOR, PLEASE IDENTIFY THE CHILD BY INITIALS ONLY.**
Name ___M.N.C___ Age _16_
Name ___M.S.C___ Age _15_
Name _____ Age ____

**RESIDENCE**
Street Address: 103-1 BROOKSIDE LANE
City: PAWCATUCK   State: CONNECTICUT
Zip Code: 06379   Telephone: 860-599-1751

Rev. 2/3/05                                                                 Page 2

✱ I RECIEVE $63.00 WEEKLY FOR CHILD SUPPORT.

## EDUCATION
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 ⑧     High School   9 10 11 ⑫
College   1 2 3 4     Post-Graduate   1 2 3 4

## EMPLOYMENT
If <u>employed</u> at present, complete the following:
Name of employer: _UNITED PARCEL SERVICE_
Address of employer: _976 HARTFORD TURNPIKE, WATERFORD (CONNECTICUT 06385)_
How long employed by present employer: _5 MONTHS_
Income:   Monthly $ _677.00_    Weekly $ _185.00_

If <u>self-employed</u> state weekly wages: _N/A_
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the ____ day of _____, 19____
The name of my last employer: _____
Address: _N/A_
Telephone #: ( )_____
The last salary or wages received: _____

If <u>spouse</u> is employed, please complete the following:
Name of employer: _N/A_
How long employed: _____
Income:   Monthly _____    Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: _____    _N/A_
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _____.
I am receiving $_____ monthly _____ weekly _N/A_.

## FINANCIAL STATUS
Owner of real property?   Yes ____   No ✓
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____

Rev. 2/3/05    Page 3

Owed to: _____N/A_____
Total: _____ Monthly payment _____

Owed to: _____N/A_____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile: Make __DODGE__ Model __DAKOTA__ Year __1988__
Registered owner(s) name(s): __SANTIAGO CARTAGENA__
Present value of automobile: __$300.00__
Owed to: __N/A__
Amount owed: __N/A__

Cash on hand:
Cash in banks and savings and loan associations: __NO BANK ACCOUNTS__
Names and addresses of banks and associations: __N/A__

**OBLIGATIONS:**
| Item | Amount | Note |
|---|---|---|
| Monthly rental on house or apartment: | $ 180.00 | |
| Monthly mortgage payment on house: | $ N/A | |
| Gas bill per month: AUTOMOBILE | $ 250.00 | 1 HR. BACK AND FOURTH TO WORK |
| Electric bill per month: | $ 35.00 | |
| Phone bill per month: | $ 15.00 | |
| Car payments per month: | $ N/A | |
| Car insurance payments per month: | $ 130.00 | |
| Other types of insurance payments per month | $ N/A | |
| Monthly payments to retail merchants: | $ N/A | |
| Please list: | $ N/A | |
| Please list: | $ N/A | |
| Monthly payments on any other outstanding loans or debts: | $ N/A | |
| Please list: | $ N/A | |
| Please list: | $ N/A | |
| Any money owed to doctors, hospitals, lawyers | | |
| Please list: | $ N/A | |
| Please list: | $ N/A | |
| Monthly payment for maintenance or child support under separation or dissolution agreement: | $ N/A | |
| Estimated monthly expenditure on food: | $ 300.00 | |
| Estimated monthly expenditure on clothing: | $ 200.00 | |

Total amount of monthly obligations: $ 1173.00

Other information pertinent to financial status: (Include stocks, bonds, savings bonds,

Rev. 2/3/05                                                                 Page 4

$ 63.00 RECIEVE FOR CHILD SUPPORT

interests in trusts either owned or jointly owned):

_____
_____ N/A _____
_____

Date: _____     _Santiago Cartagena_
                          Original Signature of Affiant

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: _____     _Santiago Cartagena_
                          Original Signature of Affiant