FILED

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

2005 APR -1 P 3: 22

U.S. [DISTRICT COURT]

SANTIAGO E. CARTAGENA
Name of Plaintiff/Petitioner

v.

THAMES VALLEY WATER
BOTTLING CO. INC, D/B/A
MANITOCK SPRINGS
Name of Defendant/Respondent

Case No. 3:03 CV 998 (JGM)

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: SANTIAGO EDISON CARTAGENA

   Your present mailing address: 103-1 BROOKSIDE LANE
   PAWCATUCK, Connecticut 06379

   Telephone number: (860) 599-1751

2. Are you presently employed? YES ✓ NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings.

   UNITED PARCEL SERVICE.
   976 HARTFORD TURNPIKE
   WATERFORD, Connecticut 06385

   Weekly earnings: $185.00

Rev. 2/3/05

Page 1

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. N/A

   Date last worked: _____

   Weekly earnings: _____

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? $2822.00

   b) interest, dividends, rents or investments of any kind? 0

   c) gifts or inheritances of any kind? 0

6. How much money do you have in any checking or savings account(s)?

   Checking: 0

   Savings: 0

   Prison account: 0

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ✔ NO ___

   If YES, describe the property and state the approximate value: _____

   A 1988 DODGE DAKOTA

   APPROXIMATE VALUE $300.00

8. How much money do you owe others? N/A

Rev. 2/3/05

Page 2

_____

_____

### NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _EMPLOYMENT DISCRIMINATION AND WRONGFULLY TERMINATED._

(Additional space on next page) _AS WELL MY FORMER ATTORNEY FAILED TO REPRESENT ME WHEN I DID NOT AGREE ON A SETTLEMENT THAT WAS NOT FAIR AND WITHDREW SPONTAINIOUSLY FROM THE CASE._

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ____ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _ATTORNEY MAX BRUNSWICK_

   Date you contacted this attorney _1-12-2005_

   Method of contact (in person, by telephone, etc.) _I SPOKE TO HIM WITH HIM ON SEVERAL OCCASSIONS BY PHONE AND IN PERSON_

   Reason why attorney was not employed to handle your case _AND HE NEVER CONTACTED ME, MADE SEVERAL ATTEMPTS NO PHONE CALLS WERE RETURNED._

   b) Attorney's name _ATTORNEY JACQUES J. PARENTEAU_
   Date you contacted this attorney _1-13-2005_

Method of contact (in person, by telephone, etc.) _I SPOKE TO HIS SECRETARY IN PERSON AND BY PHONE._

Reason why attorney was not employed to handle your case _ASKING A LARGE AMOUNT OF MONEY FOR A CONSULTATION WHICH I CAN NOT AFFORD._

c) Attorney's name _ATTORNEY MICHAEL HASSE_

Date you contacted this attorney _12-10-2004_

Method of contact (in person, by telephone, etc.) _IN PERSON AFTER EXPLAINING THE CASE IT APPEARED TOO Complicated_

Reason why attorney was not employed to handle your case _TO HIM, THAT IT WAS TOO MUCH OUT OF HIS RELM._

15. Explain any other efforts you have made to obtain an attorney to handle your case.
_I CONTACTED STATE WIDE LEGAL SERVICES AND THAT THEY WOULD NOT HANDLE THE APPEAL IN CASE_

16. Please provide any other information which supports your application for the court to appoint counsel.
_INSUFFICIENT ECONOMIC FINANCES AND NOT ENOUGH TO HIRE AN ATTORNEY._

17. Do you need a lawyer who speaks a language other than English?
    YES ____ NO ✓

    If you answered YES, what language do you speak? _____

    I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

    I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

    I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

    I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

    I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

4-1-2005                    *[Signature: Santiago Cartagena]*
Date                        Original Signature of Movant

SANTIAGO E. CARTAGENA
103-1 BROOKSIDE LANE
PAWCATUCK, CONNECTICUT  06379
Printed Name and Address of Movant

Rev. 2/3/05                                                    Page 6