**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

FILED

2005 APR -1  P 3: 22

U.S. DISTRICT COURT

SANTIAGO E. CARTAGENA

v.                                CIVIL CASE NO.  3:03 CV 998

THAMES VALLEY WATER                                  (JGM)
BOTTLING CO. INC, D/B/A
MANITOCK SPRINGS

**NOTICE OF APPEAL**

1. Pursuant to F. R. A. P. 4(a)(1), _Santiago Cartagena_ hereby gives notice and
                                    (appealing party)

appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):

_____

_____

_____

2. The Judgment /Order in this action was entered on ___1-11-05___.
                                                        (date)

_____
                Signature

SANTIAGO  CARTAGENA
        Print Name

103-1 BROOKSIDE LANE

PAWCATUCK, CONNECTICUT
            Address       06379

Date: 3-31-2005        (860) - 599 - 1751
                        Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

45

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------x

SANTIAGO E. CARTEGENA                :

V.                                                    :

THAMES VALLEY WATER              :

---------------------------------------------x

FILED

3:03 CV 998 (JGM)      P 3: 01

U.S. DISTRICT COURT
NEW HAVEN CT

DATE: JANUARY 11, 2005

ORDER OF DISMISSAL

On October 25, 2004, plaintiff's counsel filed a Motion to Withdraw Appearance (Dkt.

#38), with a copy to plaintiff.  On December 1, 2004, this Magistrate Judge filed an Order

(Dkt. #43), in which plaintiff was advised as follows:

> Plaintiff is hereby warned that **on or before December 17, 2004,**
> plaintiff must have substitute counsel file his or her appearance, **or** plaintiff
> is to file a *pro se* appearance.  If plaintiff fails to engage other counsel or file
> a *pro se* appearance by **December 17, 2004,** the Court will grant Attorney
> Bucci's Motion to Withdraw if it finds that "good cause exists for permitting
> the withdrawal by the appearing counsel," which could ultimately result in a
> dismissal of plaintiff's action.

(emphasis in original).   No appearance has been filed by substitute counsel and plaintiff

failed to file a *pro se* appearance.  On December 22, 2004, this Magistrate Judge filed her

Ruling on Motion to Withdraw Appearance (Dkt. #44), which found that "good cause exists

for permitting the withdrawal by the appearing counsel" under Local Rule 7(e), and thus

Attorney Bucci's Motion to Withdraw Appearance was granted. (At 1-2). Plaintiff was "further

warned that if substitute counsel fails to file his or her appearance or plaintiff fails to file a

*pro se* appearance **on or before January 5, 2005, this case will be dismissed**." (At

2)(emphasis in original).  Attorney Bucci was ordered to forward a copy of the December

1st Order and December 22nd Ruling to plaintiff.  (Id.).  Similarly, no appearance has been

filed by substitute counsel and plaintiff has failed to file a *pro se* appearance.

AO 72A
Rev. 8/82)

Accordingly, this case is now dismissed and the Clerk's Office shall close the file.

Dated at New Haven, Connecticut, this 11th day of January, 2005.

Joan Glazer Margolis
United States Magistrate Judge

FORM 2

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED

SANTIAGO E. CARTAGENA

2005 APR -1 P 3: 22

U.S.

v.

CIVIL CASE NO. 3:03CV998

THAMES VALLEY WATER
BOTTLING CO. INC. D/B/A
MANITOCK SPRINGS

### MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), _SANTIAGO CARTAGENA_ respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. _SANTIAGO CARTAGENA_ desires to appeal
(appealing party)
the judgment in this action entered on _____, but failed to file a notice of appeal

within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO
YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER
OF DAYS.

I HAD A Communication Problem with my
Attorney.

_Santiago Cartagena_
Signature

SANTIAGO CARTAGENA
Print Name

103-1 BROOKSIDE LANE

PAWCATUCK, CONNECTICUT
Address          06379

Date: 3-31-2005

(860)-599-1751
Telephone Number

Note:  You may file this form, together with a copy of Form 1,[Notice of Appeal] if you are seeking to appeal a judgment and
did not file a copy of Form 1[Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk
of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.