FORM 2

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED

SANTIAGO E. CARTAGENA

2005 APR -1  P 3: 22

v.

THAMES VALLEY WATER
BOTTLING CO. INC. D/B/A
MANITOCK SPRINGS

CIVIL CASE NO.  3:03CV 998

### MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), _SANTIAGO CARTAGENA_ respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. _SANTIAGO CARTAGENA_ desires to appeal
(appealing party)
the judgment in this action entered on _____, but failed to file a notice of appeal

within the required number of days because:

**EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO
YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER
OF DAYS.**

_I HAD A Communication Problem with my Attorney._

_Santiago Cartagena_
**Signature**

_SANTIAGO CARTAGENA_
**Print Name**

_103-1 Brookside Lane_

_Pawcatuck, Connecticut_     06379
**Address**

_(860)-599-1751_
**Telephone Number**

Date: _3-31-2005_

**Note:  You may file this form, together with a copy of Form 1,[Notice of Appeal] if you are seeking to appeal a judgment and
did not file a copy of Form 1[Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk
of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.**