D. Conn. / NHCT
03-cv-998
Margolis, M.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 7th day of OCTOBER two thousand five,

Present:

    Hon. Thomas J. Meskill,
    Hon. Jon O. Newman,
    Hon. Reena Raggi,
        *Circuit Judges.*

---

Santiago E. Cartagena,

    Plaintiff-Appellant,

    v.                                        05-1710-cv

Thames Valley Water Bottling Co., Inc.,

    Defendant-Appellee.

---

Appellant, *pro se*, moves this Court for *in forma pauperis* status and for appointment of counsel. Upon due consideration, it is ORDERED that Appellant's motion for *in forma pauperis* status is GRANTED and the judgment of the district court is VACATED. As a preliminary matter, because Appellant filed his notice of appeal on the thirtieth day after the entry of the district court order declining to afford him relief under Fed. R. Civ. P. 60(b), his notice of appeal was timely. *See* Fed. R. App. P. 4(a)(4)(A)(vi). Further, because the circumstances of Appellant's delay in complying with the district court's order were not "sufficiently extreme" to warrant dismissal, *see Spencer v. Doe*, 139 F.3d 107, 112 (2d Cir. 1998), the case is REMANDED to the district court for further proceedings. In light of this remand, the motion for appointment of counsel is DENIED as moot.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

OCT 7 2005

By: *Richard Alcantara*
Richard Alcantara, Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
    DEPUTY CLERK

CERTIFIED: OCT -7 2005