# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

Santiago Cartagena

v.

Thames Valley Water
Bottling Co., Inc.

CASE NUMBER: 3:03cv998 (JGM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff

___9/12/06___
**Date**

___05918___
**Connecticut Federal Bar Number**

___(203) 562-9024___
**Telephone Number**

___(203) 393-9516___
**Fax Number**

___smartattorney@aol.com___
**E-mail address**

___/s/___
**Signature**

___Max F. Brunswick___
**Print Clearly or Type Name**

___12 Trumbull St___
**Address**

___New Haven, CT 06511___

*U.S. DISTRICT COURT*
*NEW HAVEN, CT*
*2006 SEP 12 P 2:00*
*FILED*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

O'Brien, Shafner, Stuart, Kelly & Morris
PO Box 310
Norwich, CT 06360

___/s/___
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24