IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
:
SANTIAGO E. CARTAGENA              :     3:03 CV 998 (JGM)
:
v.                                 :
:
THAMES VALLEY WATER BOTTLING       :
COMPANY                            :     DATE: SEPTEMBER 12, 2006
-----------------------------------------------------------x

## MEMORANDUM OF SETTLEMENT CONFERENCE

Date of Conference:   September 12, 2006

Attorneys Present:    Max Brunswick, Esq.
                      (For Plaintiff)

                      Meredith E. Russell, Esq.
                      (For Defendant)

### DISCUSSIONS

Settlement discussions were not productive. Counsel agreed to the deadlines set forth below.

### ORDERS

1. By agreement of counsel, plaintiff will serve discovery requests on defendants **on or before September 26, 2006**, with regard to any insurance coverage and other related issues; all discovery, including depositions and defendant's responses to plaintiff's discovery requests, shall be completed **on or before October 31, 2006**.

2. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 12th day of September, 2004.


                          _____/s/_____
                          Joan Glazer Margolis
                          United States Magistrate Judge