IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
:
SANTIAGO E. CARTAGENA         :     3:03 CV 998 (JGM)
:
v.                            :
:
THAMES VALLEY WATER BOTTLING CO.   :   DATE: SEPTEMBER 15, 2006
:
------------------------------------------------------------x

AMENDED PRETRIAL ORDER

It is hereby ORDERED that:

1. Trial will commence with jury selection on **February 5, 2007** in Courtroom 3 and the presentation of evidence will commence the same day in Courtroom 5. Counsel estimate that the trial will require approximately four days. Accordingly, the Court has set aside **February 5, 2007** through **February 8, 2007** for trial.

2. All other deadlines set in the Pretrial Order, filed September 13, 2006 (Dkt. #64), remain unchanged.

SO ORDERED this 15th day of September, 2006, at New Haven, Connecticut.

/s/
Joan Glazer Margolis
United States Magistrate Judge