UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| SANTIAGO E. CARTAGENA<br>  Plaintiff<br><br>vs.<br><br>THAMES VALLEY WATER BOTTLING<br>COMPANY, INC.<br>  Defendant | CIVIL ACTION NO.<br><br>3:03 CV 00998 (JGM)<br><br><br>NOVEMBER 10, 2006 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)(2), counsel for THAMES VALLEY WATER BOTTLING COMPANY, INC., the Defendant in the above-captioned matter, hereby moves the Court for an extension of time to file said Defendant's Trial Brief, which is presently due on November 30, 2006.

The basis for this request is that the Plaintiff has not provided counsel for the Defendant with the supplemental disclosures pursuant to Rule 26(e), nor with updated disclosures, despite specific requests by the undersigned counsel for the Defendant to counsel for the Plaintiff on September 22, 2006 and October 4, 2006. All discovery in this matter was to have been completed by October 31, 2006, pursuant to the Order of this Court on September 12, 2006, and the outstanding disclosures and discovery from the Plaintiff are of vital importance to the Defendant's preparation of its Trial Brief and for trial. The undersigned counsel for the

Defendant is trying to resolve the outstanding disclosure and discovery issues with counsel for the Plaintiff and, if unsuccessful, the undersigned counsel for the Defendant will be filing a motion to compel compliance pursuant to Rule 37 by November 15, 2006.

The undersigned counsel for the Defendant requests an extension of time to file its Trial Brief to December 31, 2006, a date which is five (5) weeks prior to jury selection and trial of this matter.

By telephone conversation on November 9, 2006 at 9:35 a.m., the undersigned counsel for the Defendant discussed this motion with counsel for the Plaintiff, and was advised by counsel for the Plaintiff that he has no objection to the granting of this motion.

This is the first request for an extension of time with respect to the Defendant's Trial Brief.

WHEREFORE, the Defendant moves that the time for filing of its Trial Brief be extended to December 31, 2006.

> THAMES VALLEY WATER
> BOTTLING COMPANY, INC., Defendant
>
> By _/s/ Meredith E. Russell_
> Meredith E. Russell for O'Brien,
> Shafner, Stuart, Kelly & Morris, P.C.
> 138 Main Street, P. O. Box 310
> Norwich, CT 06360
> Phone: (860) 889-3855
> Fax: (860) 889-6244
> Email: meredithrussell@obrienshafner.com
> Federal Bar No. ct 04985

# ORDER

The foregoing Motion is hereby:

**GRANTED:** _____
_____
_____
_____
_____

**DENIED.**

                          **BY THE COURT (**_____**, J.)**

                          _____
                          Magistrate Judge/Clerk

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, by first-class mail, postage prepaid, on this 10th day of November, 2006, to the following:

Max F. Brunswick, Esq.
12 Trumbull Street
New Haven, CT 06511

Meredith E. Russell
O'Brien, Shafner, Stuart, Kelly & Morris, P.C.
138 Main Street, Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 889-6244
Email: meredithrussell@obrienshafner.com
Fed. Bar #ct 04985
Its Attorney

MER\Cartagena\MotionExtensionTimeTrialBrief