UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| SANTIAGO E. CARTAGENA | CIVIL ACTION NO. |
| Plaintiff | 3:03 CV 998 (JGM) |
| vs. | |
| THAMES VALLEY WATER BOTTLING COMPANY, INC. | DECEMBER 19, 2006 |
| Defendant | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiff SANTIAGO E. CARTAGENA, and Defendant THAMES VALLEY WATER BOTTLING COMPANY, INC. D/B/A MANITOCK SPRINGS WATER COMPANY, hereby stipulate to the dismissal, with prejudice, of the above-captioned matter.

SANTIAGO E. CARTAGENA,
Plaintiff

By _____
Max F. Brunswick
12 Trumbull Street
New Haven, CT 06511
Phone: (203) 562-4024
Fax: (203) 393-9516
Fed. Bar No. ct 05918

THAMES VALLEY WATER BOTTLING
COMPANY, INC., Defendant

By _____
Meredith E. Russell for
O'Brien, Shafner, Stuart, Kelly &
Morris, P.C.
138 Main Street
P.O. Box 310
Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 889-6244
Fed. Bar No. ct 04985

## CERTIFICATE OF SERVICE

I, Meredith E. Russell, hereby certify that on the 19th day of December, 2006, I sent a copy of the foregoing Joint Stipulation of Dismissal by facsimile and by first class, postage prepaid, U.S. Mail to:

Max F. Brunswick, Esq.
12 Trumbull Street
New Haven, CT 06511
Phone: (203) 562-4024
Fax: (203) 393-9516
Fed. Bar No. ct 05918

Meredith E. Russell